# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Case Number: SA 20CR0002-DOC  
Defendant Number: 1  
U.S.A. v. HOANG XUAN LE  
Year of Birth: 1981  
[✓] Indictment   [ ] Information  
Investigative agency (FBI, DEA, etc.): FBI

FILED 2020 JAN -2 PM 2:2[?] CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY: ___

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

## OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense  
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: On or about October 15, 2019

c. County in which first offense occurred: Orange

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

[ ] Los Angeles       [ ] Ventura  
[✓] Orange            [ ] Santa Barbara  
[ ] Riverside         [ ] San Luis Obispo  
[ ] San Bernardino    [✓] Other territorial sea

Citation of Offense: 18 U.S.C. § 1111, 7(1)  
18 U.S.C. §§ 924(c)(1); 18 U.S.C. § 3

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[ ] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)  
[ ] Eastern (Riverside and San Bernardino)   [✓] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

[✓] No   [ ] Yes

If "Yes," Case Number: ___

Pursuant to General Order 19-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): ___

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: 12/18/2019  
Case Number: SA 19-952M  
Assigned Judge: Karen E. Scott  
Charging: 18 U.S.C. § 1111, 7(1)

The complaint/CVB citation:  
[✓] is still pending  
[ ] was dismissed on: ___

## PREVIOUS COUNSEL

Was defendant previously represented?  [ ] No  [✓] Yes  
IF YES, provide Name: Erica Choi  
Phone Number: (714) 338-4500

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?  
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?  
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

IS THIS A NEW DEFENDANT?   [ ] Yes   [ ] No

This is the N/A superseding charge (i.e., 1st, 2nd).  
The superseding case was previously filed on: ___

Case Number: ___

The superseded case:  
[ ] is still pending before Judge/Magistrate Judge ___

[ ] was previously dismissed on ___

Are there 8 or more defendants in the superseding case?  
[ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?  
[ ] Yes*   [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?  
[ ] Yes   [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

**INTERPRETER**

Is an interpreter required?  ☐ YES  ☑ NO

IF YES, list language and/or dialect: _____

**OTHER**

☑ Male  ☐ Female
☑ U.S. Citizen  ☐ Alien
Alias Name(s)  Wayne, Wangsta

This defendant is charged in:
☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud   ☐ public corruption
☐ government fraud              ☐ tax offenses
☐ environmental issues          ☐ mail/wire fraud
☐ narcotics offenses            ☐ immigration offenses
☑ violent crimes/firearms       ☐ corporate fraud
☑ Other  First Degree Murder Within The Special Maritime and Territorial Jurisdiction of the U.S.

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?  ☐ Yes  ☐ No
d. Is on bail or release from another district: _____

Defendant is **in custody**:
a. Place of incarceration:  ☐ State  ☑ Federal
b. Name of Institution:  Santa Ana City Jail
c. If Federal, U.S. Marshals Service Registration Number:
   79123-112
d. ☑ Solely on this charge. Date and time of arrest:
   12/19/19
e. On another conviction:  ☐ Yes  ☑ No
   IF YES:  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  AND
   Name of Court: _____
   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  ____ 20  ____ 21  ____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date  01/02/2020

Signature of Assistant U.S. Attorney
Gregory S. Scally
Print Name

CR-72 (03/19)                    CASE SUMMARY                    Page 2 of 2