CRAIG WILKE (150728)
craig@craigwilkelaw.com
305 N. Harbor Blvd., Suite 216
Fullerton, CA 92832
Tel (714) 870-8900   Fax (714) 879-2278

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 8:20-cr-0002-DOC |
| v. | |
| Hoang Xuan Le, | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed   [ ] Lodged:  (**List Documents**)

EX PARTE APPLICATION FOR EARLY RETURN OF OUT-OF-DISTRICT SUBPOENA DUCES TECUM; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF CRAIG WILKE

[PROPOSED] ORDER

**Reason:**
[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

September 1, 2021
Date

CRAIG WILKE
Attorney Name
Defendant Hoang Xuan Le
Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING