1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 8:20-CR-0002-DOC |
|---|---|
| Plaintiff, | **ORDER TO SHOW CAUSE WHY GOOGLE LLC SHOULD NOT BE HELD IN CONTEMPT FOR FAILURE TO COMPLY WITH SUBPOENA DUCES TECUM** |
| v. | |
| HOANG XUAN LE, | |
| Defendant. | |

FOR GOOD CAUSE SHOWN on the under seal and in camera ex parte application of defendant Hoang Xuan Le, Google LLC shall show cause why it should not be held in contempt for failure to comply with the attached subpoena duces tecum, dated September 1, 2021, commanding the production of the contents of the drafts folder of the email account waynelesr@gmail.com.

On or before November 4, 2021, at 8:30 a.m., Google LLC shall deliver all documents or objects in its possession that are responsive to the subpoena duces tecum, a custodial declaration in compliance with Fed. R. Evid. 902(11), and any written objections to the disclosure of the subpoenaed documents or objects to the defendant to Courtroom 9-A in the United States Courthouse, 411 W. Fourth Street, Courtroom 9-A,

1

1  Santa Ana, California 92701.
2        Should Google LLC maintain its objection that it may not disclose the items in
3  its possession that are responsive to the subpoena duces tecum to the defendant because
4  it is unable to verify that he is the account holder of the email account
5  waynelesr@gmail.com, **an authorized representative of Google LLC shall appear in**
6  **person on Monday, November 1, 2021, at 12:30 p.m.**, at the above location for the
7  purpose of verifying that the defendant Hoang Xuan Le is the account holder of the
8  email account waynelesr@gmail.com.
9        IT IS SO ORDERED.

11  Dated: October 29, 2021         _____
                                    DAVID O. CARTER
                                    United States District Judge