

Extraction Report - Apple iOS GrayKey



## Participants
+19495422376

## Conversation - Instant Messages (6)

**From: +19495422376 (owner)**

Jist woke up

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | | |

**Status:** Read
**Read:** 10/1/2019 2:16:14 PM(UTC-7)

10/1/2019 2:12:55 PM(UTC-7)

**Source Info:**
00008020-001225AA11D9002E_files_full-exte.zip/private/var/mobile/Library/SMS/sms.db : 0x7C67DE (Table: message, handle, Size: 23265280 bytes)

**From: +19495422376 (owner)**

Took a xanny 6 am. Had an issue with a drunk last night and tried to hold him down...

Didnf work so had to restrain him without duck tape.. K helped cleaned his blood off my walls n floor.. Hes gonna fill swollen black eyes and face when he wakes up.

Tried to be a bad ass and said i was a nark- wasnt taking that at 3 am

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | | |

**Status:** Read
**Read:** 10/1/2019 2:16:14 PM(UTC-7)

10/1/2019 2:15:54 PM(UTC-7)

**Source Info:**
00008020-001225AA11D9002E_files_full-exte.zip/private/var/mobile/Library/SMS/sms.db : 0x7C7FEA (Table: message, handle, Size: 23265280 bytes)

1

Exhibit 275
1 of 2









From: +19495422376
(owner)

Still driving

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | | |

**Status:** Read
**Read:** 10/6/2019 9:34:12 PM(UTC-7)

10/6/2019 9:34:08 PM(UTC-7)

Source Info:
00008020-001225AA11D9002E_files_full-exte.zip/private/var/mobile/Library/SMS/sms.db : 0x82DFEA (Table: message, handle, Size: 23265280 bytes)

From: +19495422376
(owner)

Ttyl yea- tect u when home safe

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | | |

**Status:** Read
**Read:** 10/6/2019 9:34:22 PM(UTC-7)

10/6/2019 9:34:22 PM(UTC-7)

Source Info:
00008020-001225AA11D9002E_files_full-exte.zip/private/var/mobile/Library/SMS/sms.db : 0x82DE41 (Table: message, handle, Size: 23265280 bytes)

(owner)
To: +19495422376

Thanks sweetheart just making sure you are ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19495422376 | | | |

**Status:** Sent

10/6/2019 9:34:41 PM(UTC-7)

Source Info:
00008020-001225AA11D9002E_files_full-exte.zip/private/var/mobile/Library/SMS/sms.db : 0x82DC78 (Table: message, handle, Size: 23265280 bytes)

(owner)
To: +19495422376

My happy Wayne

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19495422376 | | | |

**Status:** Sent

10/6/2019 9:35:12 PM(UTC-7)

Source Info:
00008020-001225AA11D9002E_files_full-exte.zip/private/var/mobile/Library/SMS/sms.db : 0x82D6CD (Table: message, handle, Size: 23265280 bytes)

Exhibit 275
2 of 2