# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – TRIAL

| | |
|---|---|
| Case No. | SA CR 20-00002-(B)-DOC |
| Date | November 18, 2021 |
| Present: The Honorable | DAVID O. CARTER, UNITED STATES DISTRICT JUDGE |
| Interpreter | n/a |

| Karlen Dubon | Debbie Gale, Court Smart, Deborah Parker | Gregory Scally, Gregory Staples |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Hoang Xuan Le | X | X | | Craig Wilke, CJA | X | X | |
| | | | | Sheila Sarah Mojtehedi | X | X | |

___ Day COURT TRIAL      8th Day JURY TRIAL      ___ Death Penalty Phase

___ One day trial;   ___ Begun (1st day);   X  Held & continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made by _____

X  Witnesses called, sworn and testified.

X  Exhibits identified         X  Exhibits admitted

___ Government rests.     ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made   ___ Court instructs jury   ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused   ___ Jury retires to deliberate   ___ Jury resumes deliberations

___ Finding by Court as follows:   ___ Jury Verdict as follows:

Dft # ___ Guilty on count(s) One through eight   ___ Not Guilty on count(s) ___

___ Jury polled         ___ Polling waived

___ Filed Witness & Exhibit lists   ___ Filed Jury notes   ___ Filed Jury Instructions   ___ Filed Jury Verdict

Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ___ remanded to custody.   ___ Remand/Release# ___ issued.   Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

X  Case continued to   November 19, 2021 at 8:30 a.m.   for further trial.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

_____  Other:

4  :  12

Initials of Deputy Clerk  kdu