FILED
CLERK, U.S. DISTRICT COURT

12/10/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____kdu_____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff(s),<br><br>v<br><br>HOANG XUAN LE<br><br>　　　　Defendant(s) | CASE NO. SA CR 20-00002(B)-DOC<br><br>**JURY NOTES**<br><br>**REDACTED** |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. SA CR 20-00002(B)-DOC          Date: 12/6/21

Case Name: USA v. HOANG XUAN LE          Time: 9:44 AM

JURY NOTE NUMBER __1__

_____  THE JURY HAS REACHED A UNANIMOUS VERDICT

__✓__  THE JURY REQUESTS THE FOLLOWING:

Please clarify whether or not jurors can look upon each other's notes. (compare)

SIGNED: ███████████
FOREPERSON OF THE JURY

Back of page may be used if needed.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. SA CR 20-00002(B)-DOC          Date: 12/8/21

Case Name: USA v. HOANG XUAN LE          Time: 12:03 PM

JURY NOTE NUMBER 2

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

✓ THE JURY REQUESTS THE FOLLOWING:

FYI

- Thursday, 12/9  Andres needs to leave the courthouse no later than 4:15 PM.

~~Wednesday available~~

- Monday, 12/13
  Athena needs to leave Monday no later than 2:30 PM

The Court will
accomodate your schedule   SIGNED: ███████
*David O. Carter*                    FOREPERSON OF THE JURY
12/8/2021

Back of page may be used if needed.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. SA CR 20-00002(B)-DOC        Date: 12/9/21

Case Name: USA v. HOANG XUAN LE        Time:

JURY NOTE NUMBER 3

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

✓ THE JURY REQUESTS THE FOLLOWING:

One of the jurors is unable to continue. She cannot make a decision. To quote "I cant do this". She would like to be excused but the rest of the jury would like to continue to deliberate with an alternate if necessary.

SIGNED: ███████
FOREPERSON OF THE JURY

Back of page may be used if needed.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. SA CR 20-00002(B)-DOC        Date: 12/9/21

Case Name: USA v. HOANG XUAN LE        Time: 9:45

JURY NOTE NUMBER 3

_____  THE JURY HAS REACHED A UNANIMOUS VERDICT

✓  THE JURY REQUESTS THE FOLLOWING:

I am asking to be excused from further deliberation. My experience in the jury deliberations has put my mental health into a position that has become dangerous to me. At this point I am unable to continue to subject myself to this and I need to protect my mental health.

Juror #2

SIGNED: [redacted]

FOREPERSON OF THE JURY

Back of page may be used if needed.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. SA CR 20-00002(B)-DOC          Date: 12/9/21

Case Name: USA v. HOANG XUAN LE          Time: 12:14 PM

JURY NOTE NUMBER 4

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

_____ THE JURY REQUESTS THE FOLLOWING:

Juror #2 is extremely stressed and has informed us she will not be capable of any further deliberation. She has indicated that she has had thoughts of hurting herself in order to be removed from this process. She presents clearly as distressed and in crisis. The rest of the jurors would like to continue with the deliberation process but are unable to due to her inability to go on with the process. ~~We are~~ ~~~~ ~~~~ ~~~~ There is a concern that her vote does not represent the result of complete & comprehensive deliberation, but rather a way to remove herself from a process that is causing her →

SIGNED: _____
FOREPERSON OF THE JURY

Back of page may be used if needed.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. SA CR 20-00002(B)-DOC                Date: 12/10/21

Case Name: USA v. HOANG XUAN LE              Time: 12:07 PM

JURY NOTE NUMBER _____

✓   THE JURY HAS REACHED A UNANIMOUS VERDICT

___  THE JURY REQUESTS THE FOLLOWING:

_____
_____
_____
_____
_____
_____
_____

SIGNED ███████████████
FOREPERSON OF THE JURY

Back of page may be used if needed.