1        **UNITED STATES DISTRICT COURT**

2        **CENTRAL DISTRICT OF CALIFORNIA**

3       **HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

4              - - - - - - -

5   UNITED STATES OF AMERICA,          )
                                       )      **CERTIFIED**
6           Plaintiff,                 )
                                       )
7       vs.                            ) No. 8:20-cr-00002-DOC
                                       )    Day 8, Volume I
8   HOANG XUAN LE, also known as       )
    Wayne, *also known as Wangsta*,    )
9                                      )
                                       )
10          Defendant.                 )
    _____)

11

12

13

14        REPORTER'S TRANSCRIPT OF PROCEEDINGS

15                 Jury Trial

16            Santa Ana, California

17          Thursday, November 18, 2021

18

19

20

21   Debbie Gale, CSR 9472, RPR, CCRR
     Federal Official Court Reporter
22   United States District Court
     411 West 4th Street, Room 1-053
23   Santa Ana, California 92701
     (714) 558-8141
24

25

```
 1   APPEARANCES OF COUNSEL:

 2
     FOR THE UNITED STATES OF AMERICA:
 3

 4        DEPARTMENT OF JUSTICE
          OFFICE OF THE UNITED STATES ATTORNEY
 5        BY:  Gregory Shepherd Scally
               Assistant United States Attorney
 6        411 West 4th Street
          8th Floor
 7        Santa Ana, California 92701
          714-338-3592
 8        gregory.scally@usdoj.gov

 9
          DEPARTMENT OF JUSTICE
10        OFFICE OF THE UNITED STATES ATTORNEY
          BY:  Gregory Staples
11             Assistant United States Attorney
          411 West 4th Street
12        8th Floor
          Santa Ana, California 92701
13        714-338-3535
          greg.staples@usdoj.gov
14

15
     FOR DEFENDANT HOANG XUAN LE:
16
          Craig Wilke (CJA appointed)
17        LAW OFFICE OF CRAIG WILKE
          305 North Harbor Boulevard, Suite 216
18        Fullerton, California 92832
          714-870-8900
19        craig@craigwilkelaw.com

20        Sheila Sarah Mojtehedi (CJA appointed)
          LAW OFFICE OF SHEILA MOJTEHEDI
21        806 East Avenida Pico, Suite I-291
          San Clemente, CA 92673
22        323-412-0472
          sheila@mojtehedi.com
23

24   ALSO PRESENT:

25        Austin Casey, Special Agent, Coast Guard
```

1                          I N D E X

2    PROCEEDINGS                                          PAGE

3    JURY TRIAL - DAY 8, VOLUME I

4    LE, Hoang Xuan (resumed)                              4

5    Video recording played, Exhibit No. 568             66

6    Court order re defense witness Khoa Cao (return     68
     12/1/2021)
7
     Video recording played, Exhibit No. 37             82
8
     Further proceedings reported by Deborah Parker
9    in Volume II

10                          WITNESSES

11   WITNESSES                 DIRECT  CROSS  REDIRECT  RECROSS

12   LE, Hoang Xuan

13   By Mr. Wilke               4

14   By Mr. Wilke (continued)  70

15

16                          EXHIBITS

17   EXHIBIT NO./DESCRIPTION       IDENTIFICATION   IN EVIDENCE

18      91      Pages 1, 2 and 3 of                    53
                Exhibit 91
19
        526-C   Photograph                             33
20
        567     Pages 1 and 2 of                       51
21              Exhibit 567

22      568     Video recording                        65

23      568-A   Metadata for Exhibit 568               65

24      568-B   Metadata for Exhibit 568               66

25      568-C   Metadata for Exhibit 568               66

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       |  1 | SANTA ANA, CALIFORNIA, THURSDAY, NOVEMBER 18, 2021       |
|       |  2 | Day 8, Volume I                                          |
|       |  3 | (8:30 a.m.)                                              |
| 08:30 |  4 | *(In the presence of the jury.)*                         |
| 08:30 |  5 | THE COURT:  All right.  The jury's present, the          |
|       |  6 | alternates, all counsel, the defendant, and the          |
|       |  7 | investigating agency.                                    |
| 08:30 |  8 | If you would please be seated.  Thank you for your       |
|       |  9 | courtesy.                                                |
| 12:09 | 10 | HOANG XUAN LE, DEFENDANT HEREIN,                         |
|       | 11 | PREVIOUSLY SWORN, RESUMED THE STAND                      |
| 08:30 | 12 | THE COURT:  This would be the continued direct           |
|       | 13 | examination on behalf of the defense.  Good morning.     |
| 08:31 | 14 | MR. WILKE:  Thank you, Your Honor.                       |
| 08:31 | 15 | DIRECT EXAMINATION                                        |
| 08:31 | 16 | BY MR. WILKE:                                             |
| 08:31 | 17 | Q.   Mr. Le, when we broke yesterday, we were talking about |
|       | 18 | this trip to Las Vegas; correct?                         |
| 08:31 | 19 | A.   Yes.                                                |
| 08:31 | 20 | Q.   Now, prior to the trip to Las Vegas, to your knowledge |
|       | 21 | had Shawn Whalin ever met James Dao?                     |
| 08:31 | 22 | A.   No.                                                 |
| 08:31 | 23 | Q.   Had you ever introduced them?                       |
| 08:31 | 24 | A.   No.                                                 |
| 08:31 | 25 | Q.   Okay.  And on the trip to Las Vegas, was that the first |

|       |    |                                                            |
|-------|----|------------------------------------------------------------|
|       | 1  | time that you introduced Shawn Whalin to James Dao?        |
| 08:31 | 2  | A.   Yes.                                                  |
| 08:31 | 3  | Q.   And they rode in the car together, in the back seat;  |
|       | 4  | correct?  We already talked about that.                    |
| 08:31 | 5  | A.   Yes.                                                  |
| 08:31 | 6  | Q.   Now, did you ever make any statement to Shawn Whalin  |
|       | 7  | prior to the trip to Las Vegas about your friend owing you |
|       | 8  | 30- to $40,000?                                            |
| 08:32 | 9  | A.   No.                                                   |
| 08:32 | 10 | Q.   Did you ever make any statement to Mr. Whalin prior to |
|       | 11 | the trip to Las Vegas that you were gonna collect money from |
|       | 12 | your friend?                                               |
| 08:32 | 13 | A.   No.                                                   |
| 08:32 | 14 | Q.   And did you ever make any statement to Mr. Whalin prior |
|       | 15 | to the trip to Las Vegas that you were going to, quote,    |
|       | 16 | "take him out," referring to your friend?                  |
| 08:32 | 17 | A.   No.                                                   |
| 08:32 | 18 | Q.   Did you ever ask Mr. Whalin prior to the trip to      |
|       | 19 | Las Vegas to assist you in taking out your friend?         |
| 08:33 | 20 | A.   No.                                                   |
| 08:33 | 21 | Q.   And did you ever tell Mr. Whalin prior to the trip to |
|       | 22 | Las Vegas that your friend's wife was gonna pay you money  |
|       | 23 | out of insurance policy -- out of the insurance policy?    |
| 08:33 | 24 | A.   No.                                                   |
| 08:33 | 25 | Q.   Okay.  Now, when you arrived in Las Vegas, what hotel |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

6

|  |  |  |
|--|--|--|
|  | 1 | did you go to? |
| 08:33 | 2 | A.    We -- I believe -- I believe the Palms hotel. |
| 08:34 | 3 | Q.    Okay.  And, uh, you were driving still at that point? |
| 08:34 | 4 | A.    I think so. |
| 08:34 | 5 | Q.    Okay.  Did -- okay.  And when you arrived at the hotel, |
|  | 6 | did the four of you -- you, Sheila, James and Shawn -- go |
|  | 7 | into the hotel lobby? |
| 08:34 | 8 | A.    Yes. |
| 08:34 | 9 | Q.    Were there any conversations prior to going into the |
|  | 10 | hotel lobby about staying in the hotel -- about whether you |
|  | 11 | would stay the night there? |
| 08:34 | 12 | A.    At the beginning, I wasn't sure because James was |
|  | 13 | looking for a room to stay so -- and then Sheila was trying |
|  | 14 | to look for me a room (verbatim) at the hotel, but there was |
|  | 15 | lotta people in line so -- gonna wait for the room. |
| 08:34 | 16 | Q.    Okay.  But as you were -- when you arrived in |
|  | 17 | Las Vegas, though, was it your plan to turn around and drive |
|  | 18 | home or was it your plan to spend the night? |
| 08:35 | 19 | A.    It was more turning around to go back home. |
| 08:35 | 20 | Q.    Why didn't you do that? |
| 08:35 | 21 | A.    'cause I was tired and been up. |
| 08:35 | 22 | Q.    Okay.  You'd been up the entire night before; correct? |
| 08:35 | 23 | A.    Yes. |
| 08:35 | 24 | Q.    And when you went to the hotel lobby, did you meet |
|  | 25 | somebody? |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

7

| | | |
|---|---|---|
| 08:35 | 1 | A.   Yes.  We met Sandra. |
| 08:35 | 2 | Q.   Okay.  Directing your attention to what's been |
| | 3 | previously introduced as Exhibit 105. |
| 08:35 | 4 | *(Exhibit displayed.)* |
| 08:35 | 5 | BY MR. WILKE: |
| 08:35 | 6 | Q.   Do you recognize the person in that photo on the right |
| | 7 | side? |
| 08:35 | 8 | A.   Yes.  Sandra's to the right. |
| 08:35 | 9 | Q.   And she's there with Sheila on the left? |
| 08:35 | 10 | A.   Yes. |
| 08:35 | 11 | Q.   Okay.  And had you met Sandra before arriving at the |
| | 12 | hotel lobby on October 4, 2019? |
| 08:35 | 13 | A.   No.  It was my first time meeting her. |
| 08:36 | 14 | Q.   What did you -- had Sheila told you anything about |
| | 15 | Sandra? |
| 08:36 | 16 | A.   All I know is that that was her mother-in-law. |
| 08:36 | 17 | Q.   Was Sheila married at the time? |
| 08:36 | 18 | A.   I -- yes. |
| 08:36 | 19 | Q.   Okay.  Was she still with her husband? |
| 08:36 | 20 | A.   At that time, no. |
| 08:36 | 21 | Q.   Okay.  Had they -- had they separated? |
| 08:36 | 22 | A.   Yes. |
| 08:36 | 23 | Q.   And you understood Sandra to be the mother of Sheila's |
| | 24 | husband with whom she was separated; correct? |
| 08:36 | 25 | A.   Yes. |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

8

| | | |
|---|---|---|
| 08:36 | 1 | Q.   Okay.  Did she tell you anything else about Sandra? |
| 08:36 | 2 | A.   No. |
| 08:36 | 3 | Q.   Did she tell you that Sandra -- that it was okay to do |
| | 4 | drugs around Sandra? |
| 08:36 | 5 | A.   No.  I didn't do nothing around her. |
| 08:36 | 6 | Q.   But did Sheila tell you before you got there, "Hey, |
| | 7 | don't do any coke around Sandra.  She's not okay with |
| | 8 | that" -- anything like that? |
| 08:37 | 9 | A.   I don't think so. |
| 08:37 | 10 | Q.   You said you didn't do drugs around Sandra.  Why not? |
| 08:37 | 11 | A.   Usually I try to be discreet around people that I don't |
| | 12 | know. |
| 08:37 | 13 | Q.   Okay.  And you didn't know Sandra prior to this time; |
| | 14 | correct? |
| 08:37 | 15 | A.   No. |
| 08:37 | 16 | Q.   Now, when you met Sandra in the hotel lobby, were Shawn |
| | 17 | and James and Sheila also present? |
| 08:37 | 18 | A.   Yes. |
| 08:37 | 19 | Q.   Did Sheila introduce you to Sandra? |
| 08:37 | 20 | A.   Yes. |
| 08:37 | 21 | Q.   Did you shake her hand or greet her in any way? |
| 08:37 | 22 | A.   I think we just said "Hi." |
| 08:37 | 23 | Q.   Did, uh -- was Sandra also introduced to Shawn? |
| 08:37 | 24 | A.   Yes. |
| 08:37 | 25 | Q.   By what name? |

08:37   1    A.    Introduced Shawn as "Shawn."

08:37   2    Q.    And was Sandra also introduced to James?

08:37   3    A.    Yes, but we introduced him as "Robert" 'cause he didn't

        4    wanna be associated with, uh, hanging out with Sandra or

        5    Sheila.

08:38   6    Q.    Well, did James say something to Sheila beforehand

        7    about introducing him as Robert?

08:38   8    A.    He said --

08:38   9              MR. STAPLES:  Objection.  Hearsay.

08:38   10             THE WITNESS:  He was -- he didn't wanna --

08:38   11             MR. STAPLES:  Objection, Your Honor.

08:38   12             MR. WILKE:  Hold on.

08:38   13             THE COURT:  Counsel.

08:38   14             MR. WILKE:  Not offered for its truth, Your Honor.

08:38   15             MR. STAPLES:  Then it has...

08:38   16             THE COURT:  Well, what's it offered for?

08:38   17             MR. WILKE:  It's off -- it's -- clearly his name's

        18   not "Robert."  It's offered for -- to put -- it's not

        19   offered for its truth.  It's -- I'm only saying she's

        20   introduced him as "Robert."  That's gonna be the testimony.

08:38   21             THE COURT:  Overruled.

08:38   22             MR. WILKE:  Okay.

08:38   23   BY MR. WILKE:

08:38   24   Q.    Did -- so Sheila introduced James as Robert; correct?

08:38   25   A.    Yes.

08:38   1   Q.   Was there some discussion beforehand about James

        2   wanting to be introduced as "Robert"?

08:39   3           MR. STAPLES:  Objection.  Hearsay.

08:39   4           THE COURT:  Counsel, this is hearsay.

08:39   5           MR. WILKE:  It's offered to explain the statement,

        6   Your Honor.  It's not offered for its truth.

08:39   7           THE COURT:  Ladies and gentlemen, this isn't

        8   offered for the truth of the matter.  It's simply offered to

        9   show --

08:39  10           Well, Counsel, I'm having a difficult time with

      11   that.  I'm going to sustain the objection.

08:39  12           All right.  Thank you.

08:39  13   BY MR. WILKE:

08:39  14   Q.   Did you hear James tell anybody, uh, "Hey, don't give

      15   this stranger my -- my true name"?

08:39  16           MR. STAPLES:  Hearsay, Your Honor.

08:39  17           THE COURT:  Counsel, it's hearsay.

08:39  18           Sustained.

08:39  19   BY MR. WILKE:

08:39  20   Q.   Did Sheila know James's true name?

08:39  21           MR. STAPLES:  Objection.  Foundation.

08:39  22   BY MR. WILKE:

08:39  23   Q.   Did you ever hear Sheila --

08:40  24      *(Court reporter requests clarification for the*

      25     *record.)*

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

11

| | | |
|--|--|--|
| 08:40 | 1 | THE COURT:  I didn't respond yet. |
| 08:40 | 2 | The question, Counsel. |
| 08:40 | 3 | BY MR. WILKE: |
| 08:40 | 4 | Q.  Did you ever hear Sheila refer to James by his name |
| | 5 | "James"? |
| 08:40 | 6 | A.  I don't know. |
| 08:40 | 7 | Q.  Okay.  Did Sheila and James talk in the car on the trip |
| | 8 | there? |
| 08:40 | 9 | A.  They spoke vaguely. |
| 08:40 | 10 | Q.  Okay.  Uh, when you say "vaguely," what do you mean by |
| | 11 | that? |
| 08:40 | 12 | A.  Just say, "Hi, how -- how are you?"  Nothing -- I don't |
| | 13 | recall any deep conversations. |
| 08:40 | 14 | Q.  Okay.  Did you introduce Sheila to James by the name |
| | 15 | "James"? |
| 08:40 | 16 | A.  Yes. |
| 08:40 | 17 | Q.  Did James introduce himself to Sandra as "Robert." |
| 08:40 | 18 | A.  He introduced -- that -- the reason why because he was |
| | 19 | doing weed deals.  He didn't want people to know who he was. |
| 08:40 | 20 | Q.  Okay.  But that's not my question.  My question was, |
| | 21 | did -- did you hear James introduce himself as "Robert"? |
| 08:41 | 22 | A.  Yes. |
| 08:41 | 23 | Q.  Okay.  To Sandra? |
| 08:41 | 24 | A.  Yes. |
| 08:41 | 25 | Q.  Now, after these introductions in the lobby, um, how |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

12

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | long did you all spend down there?                           |
| 08:41 | 2  | A.   Roughly half an hour.                                   |
| 08:41 | 3  | Q.   What were you doing in the lobby?                       |
| 08:41 | 4  | A.   We were just standing around in the lobby.             |
| 08:41 | 5  | Q.   Near the registration desk?                            |
| 08:41 | 6  | A.   And -- the registration desk because Sheila was trying |
|       | 7  | to see if there was another open room.  And the line was    |
|       | 8  | just long 'cause it was a lot --                            |
| 08:41 | 9  | Q.   Okay.                                                   |
| 08:41 | 10 | A.   -- it was a weekend.                                    |
| 08:41 | 11 | Q.   Okay.  And at some point did you and Sheila decide to  |
|       | 12 | go up to the room?                                           |
| 08:41 | 13 | A.   Yeah.  After, we said, "Let's just say if there's --   |
|       | 14 | let's wait till the line gets shorter and then just check in |
|       | 15 | the room and just to try to refreshen up."                  |
| 08:42 | 16 | Q.   And by "the room," you're referring to Sandra's room? |
| 08:42 | 17 | A.   Yes.                                                    |
| 08:42 | 18 | Q.   And was Sandra there when Sheila suggested that?       |
| 08:42 | 19 | A.   Yes.                                                    |
| 08:42 | 20 | Q.   Now, was -- was "Shawn" still present when Sheila      |
|       | 21 | suggested that?                                              |
| 08:42 | 22 | A.   Yes.                                                    |
| 08:42 | 23 | Q.   Was James, who had introduced himself as "Robert" --  |
|       | 24 | was he still present?                                        |
| 08:42 | 25 | A.   I think so, yes.                                        |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

13

| | | |
|---|---|---|
| 08:42 | 1 | Q.   Okay.  And did you all proceed to go to Sandra's room? |
| 08:42 | 2 | A.   I think it was just only me, Shawn, Sheila, and Sandra. |
| 08:42 | 3 | Q.   What was your understanding of where James went. |
| 08:42 | 4 | A.   James went to the tables.  And then he was on the phone |
| | 5 | tryin'a get another room. |
| 08:42 | 6 | Q.   So when you say he "went to the tables," he went to |
| | 7 | gamble? |
| 08:42 | 8 | A.   Yes.  He went to go gamble.  He plays pai gow.  He's |
| | 9 | familiar with Palms Casino 'cause he would go there, too. |
| 08:42 | 10 | Q.   So you understood him to go into the casino at the |
| | 11 | Palms to gamble and that he was gonna tryin' get another |
| | 12 | room, himself; correct? |
| 08:43 | 13 | A.   That is correct. |
| 08:43 | 14 | Q.   And so James did not go up to the hotel room -- |
| | 15 | Sandra's hotel room -- with you after you waited in the |
| | 16 | lobby; is that correct? |
| 08:43 | 17 | A.   Correct. |
| 08:43 | 18 | Q.   Now, at any point between the time you were in the |
| | 19 | lobby and the time you got to the hotel room, did you hear |
| | 20 | Sheila say anything to Sandra about "offing" somebody? |
| 08:43 | 21 | A.   No. |
| 08:43 | 22 | Q.   You heard testimony from Sandra Ritze in court -- or |
| | 23 | last -- earlier this week or last week; do you recall that? |
| 08:43 | 24 | A.   Last week, yes. |
| 08:43 | 25 | Q.   And, uh, in that testimony Sandra Ritze said that |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

14

1    Sheila had told her on the way to the room, "I do not want

2    you to" -- when -- when she asked what the name of the other

3    guy was, whose name she didn't catch -- not Robert and not

4    Wayne -- um, according to Sandra, Sheila said, "I do not

5    want you to look at him.  I do not want you to talk to him.

6    We will be offing him this weekend."

08:44   7        Do you recall that testimony?

08:44   8   A.   Yes.

08:44   9   Q.   Now, did you hear Sheila say anything like that?

08:44   10  A.   No.

08:44   11  Q.   Now, you had known Sheila by this time about

12   six months?

08:44   13  A.   Roughly, yes.

08:44   14  Q.   Okay.  And the term that "we will be offing him," what

15   would you hear that from Sheila -- expect -- understand that

16   to mean?

08:44   17  A.   To get -- well, if she said someone -- just to get rid

18   of somebody.

08:44   19  Q.   Okay.  And get ridding [sic] -- "ridding" of them,

20   meaning like ditching them or like killing them?

08:44   21  A.   I don't know.  It just -- maybe get rid of the person.

22   Just get 'em outta sight.

08:45   23  Q.   Okay.  Did Sheila ever say anything to you that led you

24   to believe she wanted to kill somebody?

08:45   25  A.   Sheila would -- when she would be drunk, she'll -- when

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

15

|  |  |  |
|---|---|---|
|  | 1 | she's drinking, when she's -- says to other people, it's |
|  | 2 | like, uh, there'd be comments where she'll say, let's, you |
|  | 3 | know, get rid'a this person, off -- on her boat.  Like |
|  | 4 | she'll make a list of people, but that's just about it. |
|  | 5 | She'll just make comments. |
| 08:45 | 6 | Q.   So she -- so people she was mad -- mad at for some |
|  | 7 | reason? |
| 08:45 | 8 | A.   She'll make -- she'll -- she'll joke around, like, you |
|  | 9 | know, she'll be upset about her ex-husband, how he did stuff |
|  | 10 | to her.  And she'll -- she'll complain about her coworkers |
|  | 11 | and stuff like that, uh, basically people that -- that she |
|  | 12 | just complained against that she would argue at work and |
|  | 13 | stuff like that, but nothing -- nothing truthful -- nothing |
|  | 14 | to the truth. |
| 08:46 | 15 | Q.   And what would she say about these people, her |
|  | 16 | ex-husband or coworkers that she was angry at?  What would |
|  | 17 | she say about -- about them and the boat? |
| 08:46 | 18 | A.   She'll say she'll take 'em out on the boat and just |
|  | 19 | make 'em go away, make 'em disappear. |
| 08:46 | 20 | Q.   Okay.  So you heard her say things like that before? |
| 08:46 | 21 | A.   Yes. |
| 08:46 | 22 | Q.   Did you hear her say anything like that to Sandra in |
|  | 23 | Las Vegas? |
| 08:46 | 24 | A.   I didn't hear her saying nothing like that to Sandra. |
| 08:46 | 25 | Q.   Okay.  But when you had heard Sheila make statements |

|        |    |                                                            |
|--------|----|------------------------------------------------------------|
|        | 1  | about people -- taking 'em out on the boat and getting rid |
|        | 2  | of them -- uh, did you take her seriously?  Did you believe |
|        | 3  | that she intended to take people out on her boat and kill  |
|        | 4  | them?                                                      |
| 08:46  | 5  | A.   No.                                                   |
| 08:46  | 6  | Q.   And typically when you would hear Sheila make these   |
|        | 7  | types of statements, would she be drinking?                |
| 08:46  | 8  | A.   She's always drinking, yes.                           |
| 08:46  | 9  | Q.   And that day in Las Vegas, when you arrived in        |
|        | 10 | Las Vegas, had she been drinking on the car ride there?    |
| 08:47  | 11 | A.   Yes.                                                  |
| 08:47  | 12 | Q.   We heard testimony, I think, that the Tito's handle was |
|        | 13 | half gone by the time you were -- all arrived in Las Vegas? |
| 08:47  | 14 | A.   Yes.                                                  |
| 08:47  | 15 | Q.   Who drank all that vodka?                             |
| 08:47  | 16 | A.   It was majority to Sheila.  And I would drink a little |
|        | 17 | bit and then Shawn a little bit.  That's about -- but mostly |
|        | 18 | Sheila.                                                    |
| 08:47  | 19 | Q.   'Kay.  Now, when you went up to Sandra's hotel room,  |
|        | 20 | what did you all do up in the hotel room -- the four of you? |
| 08:48  | 21 | A.   I think we were just small-talking about, like, "Hey, |
|        | 22 | how are you?"  And just meet, nothing in detail.  I think  |
|        | 23 | they were just tryin' get ready for the, uh, concert.      |
| 08:48  | 24 | Q.   Okay.  Did Sheila continue drinking in the room?      |
| 08:48  | 25 | A.   Yes.  We both did.  'Cause, uh, I'm familiar with the |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

17

|  |  |  |
|---|---|---|
| | 1 | Palms hotel so I knew where the ice machine is, so I would |
| | 2 | go get ice for the -- from the lobby, and bring it to the |
| | 3 | room, and just pour ice and make drinks for everybody -- for |
| | 4 | all four of us. |
| 08:48 | 5 | Q.   And that was in that period before the concert; |
| | 6 | correct? |
| 08:48 | 7 | A.   Yes. |
| 08:48 | 8 | Q.   Was there any discussion in that period -- did you -- |
| | 9 | about, uh -- about taking people out on the boat? |
| 08:48 | 10 | A.   No.  I didn't have any discussion.  I was -- I was -- I |
| | 11 | barely know Sandra, so I don't -- I wouldn't really talk to |
| | 12 | her so... |
| 08:49 | 13 | Q.   Um, now you'd indicated James did not come up to the |
| | 14 | room. |
| 08:49 | 15 | A.   No. |
| 08:49 | 16 | Q.   Did you have any further communication with James that |
| | 17 | day to learn where he was at? |
| 08:49 | 18 | A.   He was -- he would say that he's out, look- -- out |
| | 19 | some- -- he got picked up already by another friend.  'Cause |
| | 20 | he had people in Vegas. |
| 08:49 | 21 | Q.   Okay.  Did he tell you whether he had found a room or |
| | 22 | not? |
| 08:49 | 23 | A.   Not that I know of. |
| 08:49 | 24 | Q.   Now, at some point did Sandra and Sheila go to the |
| | 25 | concert? |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

18

08:50  1   A.   Yes.

08:50  2   Q.   And what did you and Shawn -- did you stay in the

       3   room -- you, Shawn, Sheila, and Sandra -- stay in the -- in

       4   Sandra's room up until the period that Sheila and Sandra

       5   went to the concert?

08:50  6   A.   Yeah.  Me and Shawn, we just stayed in the room.  I --

       7   I think Sheila was still tryin'a find a room for me.

08:50  8   Q.   Okay.

08:50  9   A.   And so we -- I just continued to wait.  So me and Shawn

       10  just kinda freshened up, took showers.  And then --

08:50  11  Q.   This is --

08:50  12  A.   After they --

08:50  13  Q.   -- after Sheila left with Sandra?

08:50  14  A.   Yes.

08:50  15  Q.   Okay.  Did they leave at the same time or did Sandra

       16  leave a little before Sheila?

08:50  17  A.   I think Sandra left first.

08:50  18  Q.   Okay.  Did you give Sheila any cocaine to take to the

       19  concert?

08:50  20  A.   Yes, I did.

08:50  21  Q.   Okay.  How much?

08:50  22  A.   I gave her, uh, a small bag.  It's like a gram bag.  So

       23  it's like about, uh, inch by inch.

08:51  24  Q.   And did you do any cocaine -- use any cocaine with

       25  Sheila after Sandra left to go to the concert, but

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

19

|  |  |  |
|---|---|---|
|  | 1 | (inaudible) -- |
| 08:51 | 2 | *(Court reporter requests clarification for the* |
|  | 3 | *record.)* |
| 08:51 | 4 | BY MR. WILKE: |
| 08:51 | 5 | Q.   Did you, uh, use any cocaine with Sheila after Sandra |
|  | 6 | left? |
| 08:51 | 7 | A.   Yes. |
| 08:51 | 8 | Q.   Okay.  But before Sheila went to the concert? |
| 08:51 | 9 | A.   Yes. |
| 08:51 | 10 | Q.   'Kay.  And while they were at the concert and after you |
|  | 11 | and Shawn took a shower, um, do you recall them coming back |
|  | 12 | to the room? |
| 08:51 | 13 | A.   Yes. |
| 08:51 | 14 | Q.   What were you doing when they came back to the room? |
| 08:51 | 15 | A.   I was on the sofa.  And then -- I think I was just |
|  | 16 | resting. |
| 08:51 | 17 | Q.   Okay.  Were you asleep? |
| 08:51 | 18 | A.   I don't remember. |
| 08:51 | 19 | Q.   Okay.  Were you dressed in your, uh, boxers and |
|  | 20 | T-shirt? |
| 08:51 | 21 | A.   Yes.  I was in a "wife-beater" and -- and my boxers, |
|  | 22 | yes. |
| 08:52 | 23 | Q.   A "wife-beater" meaning a tank top -- |
| 08:52 | 24 | A.   Tank top. |
| 08:52 | 25 | Q.   -- t-shirt? |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

20

| | | |
|---|---|---|
| 08:52 | 1 | A.   Yes. |
| 08:52 | 2 | Q.   And where was Shawn? |
| 08:52 | 3 | A.   Shawn was just sleeping in the master bedroom. |
| 08:52 | 4 | Q.   Okay.  Do you know how he was dressed? |
| 08:52 | 5 | A.   He was just laying naked in the bed. |
| 08:52 | 6 | Q.   Okay.  And did you know -- yeah, uh, did you see that |
| | 7 | when Sandra and Sheila came back to the room? |
| 08:52 | 8 | A.   I knew about it.  I didn't see 'em.  I thought it was |
| | 9 | just kinda funny because he was tryin' just to see what |
| | 10 | happens, if when he surprises her when he [sic] comes back |
| | 11 | or something like that. |
| 08:52 | 12 |        MR. STAPLES:  Objection.  No foundation. |
| 08:52 | 13 |        Move to strike. |
| 08:52 | 14 |        THE COURT:  Sustained.  Stricken. |
| 08:52 | 15 | BY MR. WILKE: |
| 08:52 | 16 | Q.   Did Shawn say anything to you about why he was laying |
| | 17 | on the bed naked? |
| 08:52 | 18 |        MR. STAPLES:  Objection.  Hearsay. |
| 08:52 | 19 |        MR. WILKE:  Not offered for its truth, Your Honor. |
| 08:52 | 20 |        THE COURT:  No.  Overruled. |
| 08:52 | 21 |        And Shawn's testified in this matter.  He can be |
| | 22 | recalled by any of the parties.  Overruled. |
| 08:52 | 23 | BY MR. WILKE: |
| 08:52 | 24 | Q.   Did Shawn say something to you about lying on the bed |
| | 25 | naked and why he was doing that? |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

21

08:53   1   A.   He was just -- he was just falling asleep.  And he was

        2   just -- see what happens if Sandra -- you know, if they

        3   could maybe get it on, something.  It was just a joke.

08:53   4   Q.   Okay.  Now, after Sheila and Sandra returned to the

        5   room, did you get dressed?  Did you put some clothes on?

08:53   6   A.   Yes.

08:53   7   Q.   Did Shawn put some clothes on?

08:53   8   A.   Yes.

08:53   9   Q.   And were there, uh -- did you all stay in the room and

        10   awake for some period of time?

08:53   11   A.   Uh, well, when they came back, I think we just had a --

        12   I was still -- we were still drinking.  Like, she brought in

        13   more alcohol.

08:53   14   Q.   Sandra did?

08:53   15   A.   Yeah.

08:53   16   Q.   Okay.  And you made some drinks?

08:53   17   A.   Yes.

08:53   18   Q.   Okay.  And then, uh, did everybody have a drink:  You,

        19   Sheila, Sandra, and Shawn?

08:54   20   A.   Yes.

08:54   21   Q.   Okay.  And this was in the, um, living room area of the

        22   hotel room?

08:54   23   A.   Yes.

08:54   24   Q.   And was -- was there any discussion during that period

        25   of time?  Were you talking?

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

22

| | | |
|---|---|---|
| 08:54 | 1 | A.   We were just probably asking about how the concert was. |
| 08:54 | 2 | Q.   Okay.  Describe the conversation you had with them |
| | 3 | after the concert -- after -- after they returned from the |
| | 4 | concert. |
| 08:54 | 5 | A.   We were just saying, "How was it?  How -- did you guys |
| | 6 | have fun?"  Just small -- just that's about it. |
| 08:54 | 7 | Q.   And what was their mood or reaction? |
| 08:54 | 8 | A.   They were happy.  They had -- they had a good time.  I |
| | 9 | think Sheila was showing videos of the concert event, like |
| | 10 | what she had.  'Cause it's her birthday, so that's what -- |
| | 11 | she was celebrating as well, so... |
| 08:54 | 12 | Q.   We saw -- we saw a video earlier this -- or last week |
| | 13 | when Sandra was on the stand.  Did Sheila show you that |
| | 14 | video when she returned back from the concert? |
| 08:55 | 15 | A.   Yes. |
| 08:55 | 16 | Q.   Okay.  Now, was there any discussion during this time |
| | 17 | where you were sitting in the room having drinks about |
| | 18 | fishing or Sheila's boat? |
| 08:55 | 19 | A.   No. |
| 08:55 | 20 | Q.   'Kay was -- was that -- was that kind of a common topic |
| | 21 | for Sheila, though? -- to talk about fishing? |
| 08:55 | 22 | A.   Sheila would talk a lot about fishing 'cause that's one |
| | 23 | of her hobbies, what she liked to do, and what -- what's |
| | 24 | coming up. |
| 08:55 | 25 | Q.   Okay.  And, uh, at that point, on October 4 -- maybe |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

23

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | October 5th by this point -- um, that was shortly after the |
|       | 2  | start of the lobster season; is that correct?               |
| 08:55 | 3  | A.   Yes.                                                     |
| 08:55 | 4  | Q.   You had, in fact -- we -- yesterday, we introduced your |
|       | 5  | lobster card from -- I think, September 27th it was          |
|       | 6  | purchased; correct?                                          |
| 08:56 | 7  | A.   That is correct.                                         |
| 08:56 | 8  | Q.   All right.  And Sheila had gotten that for you;         |
|       | 9  | correct?                                                      |
| 08:56 | 10 | A.   Yes.                                                     |
| 08:56 | 11 | Q.   And at that time was Sheila pretty excited about the   |
|       | 12 | start of the lobster fishing season?                         |
| 08:56 | 13 | A.   Yes, she was.                                            |
| 08:56 | 14 | Q.   During that conversation in the room, though, was      |
|       | 15 | she -- uh, if you recall, after the concert, was she talking |
|       | 16 | at all about lobster fishing or taking the boat out,         |
|       | 17 | anything like that?                                          |
| 08:56 | 18 | A.   She may have talked about it.  I just don't remember.   |
| 08:56 | 19 | Q.   It's fine.                                               |
| 08:56 | 20 |      Was there any conversation about James after the       |
|       | 21 | concert?                                                      |
| 08:56 | 22 | A.   No.                                                      |
| 08:56 | 23 | Q.   Did Sandra ask you, "Where's the other guy?  What      |
|       | 24 | happened to him?"                                             |
| 08:56 | 25 | A.   She didn't ask me, no.                                   |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

24

08:56   1    Q.   Did you make a statement -- any statement to Sandra,

        2    uh, to the affect of that you all had "offed" James?

08:57   3    A.   No.

08:57   4    Q.   Did you tell Sandra during this conversation, or at any

        5    time during that weekend in Las Vegas, when you had -- uh,

        6    spent with her -- that this -- the guy, meaning "James,"

        7    owed you 20- to $40,000?

08:57   8    A.   No.

08:57   9    Q.   Did you tell Sheila at any time during this weekend in

       10    Las Vegas -- or tell -- I'm sorry -- tell Sandra at any time

       11    during this weekend in Las Vegas that you were going to

       12    "off" him, meaning "James"?

08:57  13    A.   No.

08:57  14    Q.   Did you make any statement to Sandra to the effect of,

       15    "I won't get the money, but I will off him for

       16    satisfaction"?

08:57  17    A.   No, I did not.

08:58  18    Q.   Did you, uh, hear Sheila make any similar statement to

       19    Sandra that weekend in Las Vegas?

08:58  20    A.   About "offing"?  Nobody.

08:58  21    Q.   About -- that "I'm gonna off him," or "We're going to

       22    off him."

08:58  23    A.   No.

08:58  24    Q.   Did you talk to Sandra about -- that you had been on,

       25    uh, Sheila's boat, during the discussion after the concert?

| | | |
|---|---|---|
| 08:58 | 1 | A.   I don't recall. |
| 08:58 | 2 | Q.   Okay.  But at that time you had been on Sheila's boat; |
| | 3 | correct? |
| 08:58 | 4 | A.   Yes, I had been on her boat. |
| 08:58 | 5 | Q.   Couple times by that point? |
| 08:58 | 6 | A.   About three times. |
| 08:58 | 7 | Q.   'Kay.  Did you say anything to Sandra that you could |
| | 8 | take somebody out on the boat and "off" them? |
| 08:59 | 9 | A.   No, I never did. |
| 08:59 | 10 | Q.   Did you say anything to Sandra that you and Sheila |
| | 11 | could use the boat as a guise to go lobster fishing at night |
| | 12 | and "off" them? |
| 08:59 | 13 | A.   No. |
| 08:59 | 14 | Q.   Do you know what "guise" means? |
| 08:59 | 15 | A.   I think like baiting somebody or -- I don't know.  I'm |
| | 16 | not sure what "guise" is. |
| 08:59 | 17 | Q.   Did you say anything to Sandra in -- in -- anytime, uh, |
| | 18 | about the girlfriend really liked the guy and she was going |
| | 19 | to be a problem? |
| 08:59 | 20 | A.   No. |
| 09:00 | 21 | Q.   Now, how long did you all stay up in the room having |
| | 22 | drinks after the concert? |
| 09:00 | 23 | A.   I think probably like another 30 minutes.  I think we |
| | 24 | all went down to gamble after that. |
| 09:00 | 25 | Q.   All right.  And while you were gambling downstairs, did |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

26

|  |  |  |
|---|---|---|
|  | 1 | anybody have any luck? |
| 09:00 | 2 | A.   I was following Sheila and I think she hit a jackpot. |
| 09:00 | 3 | Q.   Okay.  Do you know for how much? |
| 09:00 | 4 | MR. STAPLES:  Objection.  Relevance.  403. |
| 09:00 | 5 | MR. WILKE:  I'll link it up in a minute here, |
|  | 6 | Your Honor. |
| 09:00 | 7 | THE COURT:  Overruled. |
| 09:00 | 8 | THE WITNESS:  Answer it? |
| 09:00 | 9 | BY MR. WILKE: |
| 09:00 | 10 | Q.   Do you remember how much, uh, she hit the -- |
| 09:00 | 11 | A.   It was -- |
| 09:00 | 12 | Q.   -- jackpot for? |
| 09:00 | 13 | A.   It was for a couple thousand. |
| 09:00 | 14 | Q.   And how do you know that that's how much it was? |
| 09:00 | 15 | A.   There's like, uh, a little LCD thing that tells you how |
|  | 16 | much you win -- |
| 09:00 | 17 | Q.   Okay. |
| 09:00 | 18 | A.   -- uh, on the top -- |
| 09:00 | 19 | Q.   And -- |
| 09:00 | 20 | A.   -- and she was playing slots. |
| 09:00 | 21 | Q.   And when you hit the (inaudible) -- |
| 09:00 | 22 | *(Court reporter requests counsel use microphone to* |
|  | 23 | *be heard for the record.)* |
| 09:01 | 24 | THE COURT:  Counsel, if you move closer to the |
|  | 25 | microphone.  And repeat the question, please. |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

27

| | | |
|---|---|---|
| 09:01 | 1 | BY MR. WILKE: |
| 09:01 | 2 | Q.   When she hit the jackpot in Vegas, after the concert, |
| | 3 | did the money come out of the machine? |
| 09:01 | 4 | A.   No. |
| 09:01 | 5 | Q.   Okay.  What did she get when she hit the jackpot? |
| 09:01 | 6 | A.   They give you a voucher. |
| 09:01 | 7 | Q.   And what did she do with that voucher? |
| 09:01 | 8 | A.   You keep it or cash it out later. |
| 09:01 | 9 | Q.   Okay.  Did, at some point, Sheila give you some money |
| | 10 | for driving her out to Vegas? |
| 09:01 | 11 | A.   Yes. |
| 09:01 | 12 | Q.   How much did she give you? |
| 09:01 | 13 | A.   She gave me -- she hit -- she hit a couple'a jackpots. |
| | 14 | So this other time -- one time she gave me like a $700 |
| | 15 | voucher. |
| 09:01 | 16 | Q.   Was that after she hit a different jackpot? |
| 09:01 | 17 | A.   Yes. |
| 09:01 | 18 | Q.   In a same night? |
| 09:01 | 19 | A.   Yes. |
| 09:01 | 20 | Q.   And how long did you all stay up that night gambling |
| | 21 | down in the casino? |
| 09:01 | 22 | A.   Say couple hours. |
| 09:02 | 23 | Q.   Okay.  So what time -- did you -- where did you go |
| | 24 | after you stopped gambling? |
| 09:02 | 25 | A.   Well, it was me, Sheila -- we were both hanging out. |

8:20-CR-00002-DOC   - 11/18/2021 - Day 8, Volume I

28

|  | 1 | Shawn was walking around the casino.  Sandra went back to |
|---|---|---|
|  | 2 | the room.  And I think me, Sheila went back to the room like |
|  | 3 | later, like 3:00, 4:00 in the morning. |
| 09:02 | 4 | Q.   Okay.  Was Shawn with you when you came back? |
| 09:02 | 5 | A.   No. |
| 09:02 | 6 | Q.   Okay.  Did you go to sleep that night in Sandra's hotel |
|  | 7 | room? |
| 09:02 | 8 | A.   Well, I found out that I couldn't get the room 'cause |
|  | 9 | it wasn't available.  'Cause sheila did get a room for me, |
|  | 10 | but the person that was on shift at the Palms was not at -- |
|  | 11 | no longer there.  They left for the day.  So they gave the |
|  | 12 | room to somebody else.  So I end up [sic] staying with |
|  | 13 | Sheila in the -- there's like a living room side.  So I end |
|  | 14 | up crashing -- like just sleep on the small sofa.  And then |
|  | 15 | Sheila slept on the big sofa.  And then Shawn never came |
|  | 16 | back till like maybe in the morning. |
| 09:03 | 17 | Q.   Okay.  Now, the next day -- tell me what happened the |
|  | 18 | next morning after you woke up. |
| 09:03 | 19 | A.   The next morning, uh, I think, was just trying to get |
|  | 20 | hold'a James, see what was going on, see where he's at.  And |
|  | 21 | Shawn got back around 9:00 or 10:00 in the morning.  And I |
|  | 22 | just know that James said he's -- come meet 'em up over at |
|  | 23 | another casino.  He needed money.  And I said, "Okay." |
| 09:03 | 24 | Q.   Did he say how much he needed? |
| 09:03 | 25 | A.   Like -- he needed like 500. |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

29

| | | |
|---|---|---|
| 09:03 | 1 | Q.   Okay. |
| 09:03 | 2 | A.   That's all I had. |
| 09:03 | 3 | Q.   Now, when you spoke to James, and -- said he needed |
| | 4 | 500 -- and you agreed to bring it over to 'em? |
| 09:03 | 5 | A.   Yes. |
| 09:03 | 6 | Q.   Okay.  Was Shawn back by that point? |
| 09:03 | 7 | A.   Yes. |
| 09:04 | 8 | Q.   Okay.  And was Shawn present when you spoke to James? |
| | 9 | Was he in the room with you? |
| 09:04 | 10 | A.   Well, it was -- we're -- we -- me and Shawn had'a drive |
| | 11 | over to the other casino to go "meet-up" James. |
| 09:04 | 12 | Q.   Was that -- what time'a the day was that that you drove |
| | 13 | over to the other casino? |
| 09:04 | 14 | A.   Roughly 11:00, 12:00. |
| 09:04 | 15 | Q.   Okay.  Before you drove over to the other casino, did |
| | 16 | you do anything with Sandra and Sheila? |
| 09:04 | 17 | A.   I don't remember. |
| 09:04 | 18 | Q.   Okay.  Do you remember going to an indoor go-karting |
| | 19 | facility? |
| 09:04 | 20 | A.   Yes, I did -- do. |
| 09:04 | 21 | Q.   Was that before you went over to the other hotel to |
| | 22 | meet James? |
| 09:04 | 23 | A.   Yes. |
| 09:04 | 24 | Q.   Okay.  So sometime before early afternoon, on that |
| | 25 | Saturday, October 5th, you went to, uh, the go-kart place? |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

30

| | | |
|---|---|---|
| 09:05 | 1 | A.    Yes.  K1 go-karting.  It's next to the Palms Casino. |
| 09:05 | 2 | Q.    'Kay.  That's where you went? |
| 09:05 | 3 | A.    Yes. |
| 09:05 | 4 | Q.    Whose idea was it to go go-karting? |
| 09:05 | 5 | A.    It was probably my idea since I knew the area. |
| 09:05 | 6 | Q.    Okay.  And who paid for the go-karting? |
| 09:05 | 7 | A.    I paid for the go-karting for all four of us. |
| 09:05 | 8 | Q.    Um, with what money? |
| 09:05 | 9 | A.    Well, with money that I got from the voucher from -- |
| | 10 | that Sheila gave me when -- originally, when Sheila gave me |
| | 11 | the voucher, I thought it was, like, hundred bucks so -- I |
| | 12 | didn't look at it.  Then I found it was like 700.  So I |
| | 13 | thought it was nicest -- you know, pay for the -- for the |
| | 14 | go-karting with the money. |
| 09:05 | 15 | Q.    Okay.  When you suggested to Sandra, Sheila, and Shawn |
| | 16 | that you all go go-karting what was Sandra's reaction? |
| 09:05 | 17 | A.    They were happy.  It was something different, something |
| | 18 | new for -- |
| 09:05 | 19 | Q.    You -- |
| 09:05 | 20 | A.    -- them to try. |
| 09:05 | 21 | Q.    You didn't have to force Sandra to go go-karting; |
| | 22 | correct? -- or -- |
| 09:06 | 23 | A.    No. |
| 09:06 | 24 | Q.    Or -- or you didn't haven't to force Shawn to go |
| | 25 | go-karting; correct? |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

31

| | | |
|---|---|---|
| 09:06 | 1 | A.   No. |
| 09:06 | 2 | Q.   They all were willing and ready to do it? |
| 09:06 | 3 | A.   Yes. |
| 09:06 | 4 | Q.   Showing you what's been previously admitted as |
| | 5 | Exhibit 171. |
| 09:06 | 6 | *(Exhibit displayed.)* |
| 09:06 | 7 | BY MR. WILKE: |
| 09:06 | 8 | Q.   Do you see that photo? |
| 09:06 | 9 | A.   Yes. |
| 09:06 | 10 | Q.   Do you recognize that photo, uh, from that day, |
| | 11 | October 5th, 2019, at the go-kart -- indoor go-karting |
| | 12 | facility, nextdoor to the Palms? |
| 09:06 | 13 | A.   Yes.  So that's me taking the picture.  Shawn's sitting |
| | 14 | in front.  Sheila's sitting in the middle.  And the last one |
| | 15 | is Sandra -- the third car in the back with -- |
| 09:06 | 16 | Q.   With the arms up? |
| 09:06 | 17 | A.   -- with the hands up. |
| 09:06 | 18 | Q.   Okay.  And, uh -- okay. |
| 09:06 | 19 | This is a picture you -- you took on your phone? |
| 09:06 | 20 | A.   Yes. |
| 09:06 | 21 | Q.   And directing your attention to Exhibit 170, previously |
| | 22 | admitted. |
| 09:07 | 23 | *(Exhibit displayed.)* |
| 09:07 | 24 | BY MR. WILKE: |
| 09:07 | 25 | Q.   Do you recognize this photo? |

| | | |
|--|--|--|
|09:07|1|A.   Yes.  It's the go-kart -- so basically at K1, they have|
|09:07|2|a standing of who's racing on the go-karts.|
|09:07|3|     So you see Number 10 is Shawn Whalin.|
|09:07|4|     And then Number 4 is Sheila Ritze.|
|09:07|5|     Next one below, Sandra Ritze.|
|09:07|6|     And then there's me, Wayne Le.|
|09:07|7|Q.   Okay.  There's nobody there named "Robert"; right?|
|09:07|8|A.   No.|
|09:07|9|Q.   And that's because Shawn was using his name "Shawn|
|09:07|10|Whalin"?|
|09:07|11|A.   That's correct.|
|09:07|12|Q.   And that's how he was introduced to Sandra; correct?|
|09:07|13|A.   Yes.|
|09:07|14|Q.   And then after you went go-karting but before you went|
||15|over and met with James, did y'all do anything else|
||16|together?|
|09:07|17|A.   Me -- after go-karting so I said, you know, the pool --|
||18|the Palms' pool is just right next door.  We can go check it|
||19|out.  And I think it was just the three of us.  I think|
||20|Shawn went into the casino.  So it was me, Sheila and|
||21|Sandra.  We went to the Palms, uh, pool.  And then just had|
||22|couple'a drinks, just --|
|09:08|23|Q.   Okay.|
|09:08|24|A.      -- just the three of us.|
|09:08|25|     MR. WILKE:  Seeking to admit Exhibit 526-C,|

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

33

|  |  |  |
|---|---|---|
| | 1 | Your Honor. |
| 09:08 | 2 | THE COURT:  Just a minute. |
| 09:08 | 3 | MR. WILKE:  By stipulation. |
| 09:08 | 4 | THE COURT:  526.  And what was the letter? |
| 09:08 | 5 | MR. WILKE:  C, as in "Craig." |
| 09:08 | 6 | THE COURT:  C.  Thank you. |
| 09:08 | 7 | Any objection, Counsel? |
| 09:08 | 8 | MR. STAPLES:  No, Your Honor. |
| 09:08 | 9 | THE COURT:  Received. |
| 09:08 | 10 | *(Exhibit Number 526-C received in evidence.)* |
| 09:08 | 11 | *(Exhibit displayed.)* |
| 09:08 | 12 | BY MR. WILKE: |
| 09:08 | 13 | Q.   Directing your attention to Exhibit 526-C; do you see |
| | 14 | that? |
| 09:08 | 15 | A.   Yes. |
| 09:08 | 16 | Q.   And is that a photo of you and Sheila at the Palms |
| | 17 | hotel pool area? |
| 09:09 | 18 | A.   Yes, it is. |
| 09:09 | 19 | Q.   Okay.  And in that photo, Sheila's wearing the same |
| | 20 | shirt she was wearing at the go-kart place; correct? |
| 09:09 | 21 | MR. STAPLES:  Objection.  Leading. |
| 09:09 | 22 | MR. WILKE:  I'll -- |
| 09:09 | 23 | THE WITNESS:  She has same clothes -- I'm sorry. |
| 09:09 | 24 | THE COURT:  Leading, if it suggests the answer. |
| | 25 | But here, it's obvious. |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

34

| | | |
|---|---|---|
| 09:09 | 1 | MR. WILKE:  I'll rephrase. |
| 09:09 | 2 | THE COURT:  No.  Overruled. |
| 09:09 | 3 | MR. WILKE:  Okay. |
| 09:09 | 4 | BY MR. WILKE: |
| 09:09 | 5 | Q.   Does she appear to be wearing the same shirt she was |
| | 6 | wearing at the go-kart place? |
| 09:09 | 7 | A.   Yes. |
| 09:09 | 8 | Q.   And who took this picture, if you know? |
| 09:09 | 9 | A.   Had to be Sandra. |
| 09:09 | 10 | Q.   Okay.  'Cause she was the other one there with you. |
| 09:09 | 11 | A.   Yes. |
| 09:09 | 12 | Q.   And direct your attention to what's been previously |
| | 13 | admitted as Exhibit 104. |
| 09:09 | 14 | *(Exhibit displayed.)* |
| 09:09 | 15 | BY MR. WILKE: |
| 09:09 | 16 | Q.   Do you recognize this photo? |
| 09:09 | 17 | A.   Yes, it's the three of us. |
| 09:09 | 18 | Q.   Who's this? |
| 09:10 | 19 | A.   That is Shawn in the blue shirt.  Sheila Ritze is in |
| | 20 | the black shirt.  And I'm in -- to the far right with the |
| | 21 | "True Religion" shirt. |
| 09:10 | 22 | Q.   And where was this photo taken? |
| 09:10 | 23 | A.   I believe in front'a the Palms hotel. |
| 09:10 | 24 | Q.   Was that the same day, October 5th, that you were -- |
| | 25 | that this photo was taken -- she's -- Sheila wearing the |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

35

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | same clothes; you wearing the same clothes?                  |
| 09:10 | 2  | A.   Yes.                                                    |
| 09:10 | 3  | Q.   And directing your attention back to 171.               |
| 09:10 | 4  |      *(Exhibit displayed.)*                                   |
| 09:10 | 5  | BY MR. WILKE:                                                 |
| 09:10 | 6  | Q.   Shawn also wearing the same blue shirt; correct?        |
| 09:10 | 7  | A.   Yes.                                                    |
| 09:10 | 8  | Q.   And, again, uh, were you with Sandra at this time?      |
| 09:10 | 9  | A.   (No response.)                                          |
| 09:10 | 10 | Q.   Is Sandra the one who took this photo?                  |
| 09:10 | 11 | A.   Yeah, Sandra's the -- yes.                              |
| 09:10 | 12 | Q.   On your phone?                                           |
| 09:11 | 13 | A.   I think so.                                             |
| 09:11 | 14 | Q.   'Kay.  Now, at any -- at some point then, that          |
|       | 15 | afternoon, you left to go see James; correct?                |
| 09:11 | 16 | A.   Yes.                                                    |
| 09:11 | 17 | Q.   'Kay.  But before that point, at any time since you had |
|       | 18 | met Sandra Ritze, had she ever made any indication that she  |
|       | 19 | wanted to leave or get away from you and Sheila and Shawn?   |
| 09:11 | 20 | A.   Only time she wanted to leave, she was -- she just      |
|       | 21 | wanted, uh -- like, when me and Sheila came back to the      |
|       | 22 | hotel room, like at 4:00 in the morning, that's when she     |
|       | 23 | said she wanted me to be at -- be out.  But then Sheila      |
|       | 24 | talked to her, and we end up staying the living room for     |
|       | 25 | that morning.                                                |

| | | |
|---|---|---|
| 09:12 | 1 | Q. Okay. So she was not happy when you came back to go to |
| | 2 | sleep in her room at 4:00 in the morning. |
| 09:12 | 3 | A. Yes. |
| 09:12 | 4 | Q. But other than that, did she make any effort to get |
| | 5 | away from you or tell you she didn't wanna be around you? |
| 09:12 | 6 | A. No. |
| 09:12 | 7 | Q. Now, you said that you received a call from James. Uh, |
| | 8 | where were you at, if you recall, when James called you and |
| | 9 | said he needed' borrow $500? |
| 09:12 | 10 | A. I was still at the Palms hotel. |
| 09:12 | 11 | Q. Okay. Was this before or after you went to the pool, |
| | 12 | if you recall? |
| 09:12 | 13 | A. I'm not sure exactly when. |
| 09:12 | 14 | Q. Okay. And you were at the Palms hotel with Shawn |
| | 15 | Whalin? |
| 09:12 | 16 | A. Yes. |
| 09:12 | 17 | Q. And Sheila? |
| 09:12 | 18 | A. Yes. |
| 09:12 | 19 | Q. And Sandra? |
| 09:12 | 20 | A. Yes. |
| 09:12 | 21 | Q. And describe this phone call, again, if you can, with |
| | 22 | James. |
| 09:12 | 23 | A. It was just, um, James, "Just go meet me up" at another |
| | 24 | hotel, which was Red Rock hotel. So he said he's gonna |
| | 25 | place some bets over there. So I told Shawn, "Hey, Shawn, |

8:20-CR-00002-DOC   - 11/18/2021 - Day 8, Volume I

37

|       |    |                                                               |
|-------|----|---------------------------------------------------------------|
|       | 1  | let's go over to -- to the other hotel, and then leave them   |
|       | 2  | alone so they can have" -- just some one-on-one time, I        |
|       | 3  | guess.                                                        |
| 09:13 | 4  | Q.   Did (unreportable) --                                     |
| 09:13 | 5  |      *(Court reporter requests clarification for the*          |
|       | 6  | *record.)*                                                    |
| 09:13 | 7  |          THE COURT:  Counsel.                                  |
| 09:13 | 8  | BY MR. WILKE:                                                  |
| 09:13 | 9  | Q.   Did James say anything to you about whether he had        |
|       | 10 | gotten a hotel room?                                           |
| 09:13 | 11 | A.   When I got to see 'em, he said he got a room reserved     |
|       | 12 | so we can stay there for the night.                           |
| 09:13 | 13 | Q.   Okay.  But during the phone call, did he say anything     |
|       | 14 | to you about getting a hotel room, if you recall?             |
| 09:13 | 15 | A.   I don't remember.  He'd just -- usually says, "Just       |
|       | 16 | come over," and then just meet 'em up.                        |
| 09:13 | 17 | Q.   Okay.  And how much money did James need to borrow from   |
|       | 18 | you?                                                          |
| 09:13 | 19 | A.   I lent 'em $500.                                          |
| 09:13 | 20 | Q.   Is that how much he asked for?                            |
| 09:13 | 21 | A.   Yes.                                                     |
| 09:13 | 22 | Q.   Okay.  And was it uncommon for James to ask you to loan   |
|       | 23 | 'em money?                                                    |
| 09:13 | 24 | A.   It was pretty normal.  James --                           |
| 09:14 | 25 | Q.   Okay.                                                    |

| | | |
|---|---|---|
| 09:14 | 1 | A. -- would always ask me to lend -- lend money to 'em. |
| 09:14 | 2 | Q. And when he asked you at that time, you agreed; |
| | 3 | correct? |
| 09:14 | 4 | A. Yes. |
| 09:14 | 5 | Q. Now, after you had this phone call with James, but |
| | 6 | before you actually went over to the Red Rock, did you tell |
| | 7 | Shawn that you were going over with -- the Red Rock? |
| 09:14 | 8 | A. Yes, I told Shawn that -- |
| 09:14 | 9 | Q. "Yes." |
| 09:14 | 10 | A. -- we're going over to Red Rock hotel, go meet up |
| | 11 | James, yes. |
| 09:14 | 12 | Q. Explain that conversation that you had with Shawn after |
| | 13 | talking to James. |
| 09:14 | 14 | A. The "conversation," is that -- |
| 09:14 | 15 | Q. What you told Shawn about going over to the Red Rock. |
| 09:14 | 16 | A. Yes. Say, "Hey, Shawn, we're gonna go over there.  Go |
| | 17 | meet up James at the Red Rock hotel." |
| 09:14 | 18 | Q. Okay.  Did you tell Shawn why you were meeting up with |
| | 19 | James? |
| 09:14 | 20 | A. Probably to give 'em money. |
| 09:14 | 21 | Q. Did you tell Shawn how much money you were gonna give |
| | 22 | James? |
| 09:14 | 23 | A. I told Shawn that I gave James $500 when -- when we got |
| | 24 | to the hotel. |
| 09:15 | 25 | Q. Now, when you told Shawn this, were you, uh -- were you |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

39

|       |    |                                                                    |
|-------|----|--------------------------------------------------------------------|
|       | 1  | expressing any irritation or anger about James?                    |
| 09:15 | 2  | A.   No.                                                           |
| 09:15 | 3  | Q.   Did you say anything to Shawn about how much money            |
|       | 4  | James owed you?                                                     |
| 09:15 | 5  | A.   When I gave Shawn -- when I gave James the money, I           |
|       | 6  | told Shawn, "Yeah, he owes me like 30-, $40,000."  I was           |
|       | 7  | just bolstering [sic], like -- 'cause we were in Vegas, just       |
|       | 8  | to make it --                                                      |
| 09:15 | 9  | Q.   'Kay.                                                         |
| 09:15 | 10 | A.   -- sound like, uh -- like we're high rollers.                |
| 09:15 | 11 | Q.   So -- so the statement that -- that, uh, James owed you      |
|       | 12 | 30- to $40,000, that is something you did tell Shawn;             |
|       | 13 | correct?                                                           |
| 09:15 | 14 | A.   Yes.                                                          |
| 09:15 | 15 | Q.   Okay.  Was that true?                                        |
| 09:15 | 16 | A.   No.                                                           |
| 09:15 | 17 | Q.   Why did you tell Shawn that James owed you 30- to            |
|       | 18 | $40,000, uh, when you were over at the Red Rock and just          |
|       | 19 | loaned him $500?                                                   |
| 09:16 | 20 | A.   I was just tryin' impress him -- 'press Shawn because        |
|       | 21 | me and James always -- well, usually, I always go to Vegas        |
|       | 22 | with James.  And James is always out gambling, so he's            |
|       | 23 | always borrowing money.                                            |
| 09:16 | 24 | Q.   Okay.  And what about James owing you 30- to $40,000?        |
|       | 25 | Why did you think that would impress Shawn?                        |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

40

| | | |
|---|---|---|
| 09:16 | 1 | A.   Just sounded cool. |
| 09:16 | 2 | Q.   Okay.  It made -- you thought that made you look cool? |
| 09:16 | 3 | A.   Yeah.  'Cause I -- like I had money, but I let him |
| | 4 | borrow the money so that's why I'm -- I'm strapped for |
| | 5 | cashing sometimes, yeah. |
| 09:16 | 6 | Q.   Did you tell Shawn, uh, what the source of this 30- to |
| | 7 | $40,000 was? |
| 09:16 | 8 | A.   No. |
| 09:16 | 9 | Q.   You didn't tell 'em why he owed you 30- to $40,000? |
| 09:16 | 10 | A.   No. |
| 09:16 | 11 | Q.   Did you tell him that, uh -- uh, James loses money |
| | 12 | gambling all the time? |
| 09:17 | 13 | MR. STAPLES:  Objection.  Leading. |
| 09:17 | 14 | THE COURT:  Sustained. |
| 09:17 | 15 | MR. WILKE:  I can -- |
| 09:17 | 16 | THE COURT:  Just reask the question. |
| 09:17 | 17 | BY MR. WILKE: |
| 09:17 | 18 | Q.   Did you -- did you tell Shawn anything about James's |
| | 19 | gambling? |
| 09:17 | 20 | A.   I told Shawn that he -- that James, he did gamble a |
| | 21 | lot -- |
| 09:17 | 22 | Q.   Okay. |
| 09:17 | 23 | A.   -- and wins and he loses so... |
| 09:17 | 24 | Q.   Did you tell Shawn anything about, uh, James not paying |
| | 25 | back drug dealers for packs, things like that? |

09:17   1    A.   I didn't say -- like, say it like that.  I said that,

        2    you know, James, he would -- he would use my name a lot to

        3    get packs'a marijuana fronted to him using my name.  So

        4    that's what I would tell Shawn, that -- that James would do

        5    that.

09:17   6    Q.   And did you tell Shawn that during this conversation

        7    when you loaned James $500 in Las Vegas?

09:18   8    A.   Not during that conversation.

09:18   9    Q.   But you -- had you told 'em something like that before

        10   then, or did you make that statement to 'em after then, if

        11   you recall?

09:18   12   A.   This was probably afterwards.

09:18   13   Q.   And was that -- when you told Shawn that, at some point

        14   after that, that James would use your name to get packs, was

        15   that actually true?

09:18   16   A.   Yes.

09:18   17   Q.   And during this conversation at the, uh -- in

        18   Las Vegas, between you and Shawn Whalin, uh, when you told

        19   Shawn Whalin about, uh -- that James owed you 30- to

        20   $40,000, did you tell Shawn Whalin that you were gonna "take

        21   James out"?

09:19   22   A.   No.

09:19   23   Q.   Now, during this period of time, from September, say,

        24   to October 15, 2019, how often were you seeing Shawn Whalin?

09:19   25   A.   Almost every day.

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

42

| | | |
|---|---|---|
| 09:19 | 1 | Q.    Let me just go back to Las Vegas. |
| 09:19 | 2 | A.    Okay. |
| 09:19 | 3 | Q.    Where did you spend the second night in Las Vegas? |
| 09:19 | 4 | A.    Second night, we, uh -- me and Shawn, we spent the |
| | 5 | night in James's room at the Red Rock hotel. |
| 09:20 | 6 | Q.    Okay. |
| 09:20 | 7 | A.    And then James would come in and out.  And then me and |
| | 8 | Shawn would be getting high in the room.  We would be |
| | 9 | smoking meth together, and I would be doing lines'a coke and |
| | 10 | drinking.  James would -- he would bring alcohol for me too. |
| 09:20 | 11 | Q.    And did you -- did you and Shawn otherwise leave the |
| | 12 | room? |
| 09:20 | 13 | A.    No.  We stayed in the room the whole time. |
| 09:20 | 14 | Q.    Okay.  And did you go to sleep that night? |
| 09:20 | 15 | A.    I stayed up all -- all night.  I stayed up all night. |
| | 16 | Shawn slept for a couple hours. |
| 09:20 | 17 | Q.    And the next day, what did you do? |
| 09:20 | 18 | A.    We -- next day, well, James comes back in, in the early |
| | 19 | mornings [sic], like -- probably like 8:00 or 9:00.  And |
| | 20 | then, uh, I think we went to go eat as -- as three people. |
| | 21 | And then we head -- drove back home. |
| 09:20 | 22 | Q.    In your car, your Cadillac? |
| 09:20 | 23 | A.    Yes. |
| 09:20 | 24 | Q.    Who drove home? |
| 09:21 | 25 | A.    I'm always the driver. |

8:20-CR-00002-DOC   - 11/18/2021 - Day 8, Volume I

43

| | | |
|---|---|---|
| 09:21 | 1 | Q.   And who sat in the front seat on the way home? |
| 09:21 | 2 | A.   I don't -- |
| 09:21 | 3 | Q.   Do you recall? |
| 09:21 | 4 | A.   I don't remember. |
| 09:21 | 5 | Q.   Okay.  But it was just the three of you in the car; |
| | 6 | correct? |
| 09:21 | 7 | A.   Yes. |
| 09:21 | 8 | Q.   Did James and Shawn have any discussions in the car |
| | 9 | that you recall on the way home? |
| 09:21 | 10 | A.   I -- it wasn't -- I don't remember what we talked |
| | 11 | about.  Just small conversations. |
| 09:21 | 12 | Q.   Okay.  Now, during this period of time, from -- say |
| | 13 | September to October 15, 2019 -- how often would you see |
| | 14 | Shawn Whalin? |
| 09:21 | 15 | A.   Almost every other day or -- roughly. |
| 09:22 | 16 | Q.   And when you would see 'em, what was the purpose of |
| | 17 | seeing him? |
| 09:22 | 18 | A.   Usually, when I go meet up Shawn is, uh, I was tryin' |
| | 19 | find him jobs to -- to see what he can do.  Or we would |
| | 20 | just -- every time we would meet up, we would just get high, |
| | 21 | like smoke meth together.  'Cause he was showing me how to |
| | 22 | smoke meth at that time, 'cause I didn't know how to do it. |
| | 23 | I was a newbie.  "Newbie" meaning just learning how to do |
| | 24 | it.  So he was just showing me.  So every time I would come |
| | 25 | over "to house," and we would smoke a bong of meth. |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

44

```
09:22    1    Q.   And when you say you were tryin' get him jobs, what

         2    kinda jobs?

09:22    3    A.   I was tryin'a get Shawn some regular jobs like doing

         4    construction since I had Sheila as a hookup.  So I was

         5    tryin'a see how good he is to see if he's -- you know, if

         6    he's good enough.

09:22    7    Q.   Did he claim to be a handyman?

09:22    8    A.   He claimed that he can do construction jobs.  And I

         9    seen 'em do work at his house, so everything that "he did

        10    his house," he said he did it himself.  So he seemed like he

        11    knew it -- what he was doing.

09:23   12    Q.   Were you able'a get him any construction work?

09:23   13    A.   No.

09:23   14    Q.   Okay.  Did he -- uh, did you otherwise pay him to do

        15    anything else for you?

09:23   16    A.   I gave Shawn money, uh, here and there, just'a help him

        17    stay afloat.  He usually -- and then, I -- I gave 'em drugs

        18    to sell so he can have some money.

09:23   19    Q.   Okay.  When you gave 'em drugs to sell, did he give you

        20    the money back for the drugs?

09:23   21    A.   So the agreement was, basically, I would give 'em like,

        22    say, $50 worth'a drugs.  And it'd be a -- like a $20 profit.

        23    Just said, "Shawn, just keep 10 so -- and I'll keep -- you

        24    know, split the profit.  I'll -- I'll keep 10."

09:23   25         So base-ly [sic] small profit --
```

| | | |
|---|---|---|
| 09:23 | 1 | *(Court reporter requests clarification for the* |
| | 2 | *record.)* |
| 09:24 | 3 | THE WITNESS:  I'll keep $10 and Shawn will keep |
| | 4 | $10.  But then there'd be other times when Shawn would |
| | 5 | pocket the whole money because he would lose it gambling. |
| | 6 | He would be playing at the slaphouse every day. |
| 09:24 | 7 | BY MR. WILKE: |
| 09:24 | 8 | Q.   Okay. |
| 09:24 | 9 | A.   That was his normal hangout spot. |
| 09:24 | 10 | Q.   Right.  And did he ever, for instance, make deliveries |
| | 11 | for you or anything like that? |
| 09:24 | 12 | A.   Shawn would have people that -- that he knew that -- |
| | 13 | that did drugs, so he would go drop off those small -- small |
| | 14 | quantities to them, just to make a little money. |
| 09:24 | 15 | MR. STAPLES:  Objection.  Move to strike as |
| | 16 | nonresponsive. |
| 09:24 | 17 | THE COURT:  Counsel, you want to reask the |
| | 18 | question? |
| 09:24 | 19 | MR. WILKE:  I'll ask the question again. |
| 09:24 | 20 | THE COURT:  Sustained. |
| 09:24 | 21 | BY MR. WILKE: |
| 09:25 | 22 | Q.   Did Shawn ever deliver drugs that you gave him to other |
| | 23 | people? |
| 09:25 | 24 | A.   Yes, he did. |
| 09:25 | 25 | Q.   Did he return with the money for those drugs? |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

46

| | | |
|---|---|---|
| 09:25 | 1 | A.   Not all the time. |
| 09:25 | 2 | Q.   Did he sometimes? |
| 09:25 | 3 | A.   Yes. |
| 09:25 | 4 | Q.   Okay.  Now, I wanna direct your attention now to about |
| | 5 | a week later, after the Las Vegas trip -- the following |
| | 6 | weekend, if you will -- um, specifically on Sunday, |
| | 7 | October 13th. |
| 09:25 | 8 | A.   Okay. |
| 09:25 | 9 | Q.   Did you go lobster fishing with Sheila Ritze and a |
| | 10 | person by the name of Khoa Cao? |
| 09:26 | 11 | A.   Yes.  The three of us went lobster fishing on the 13th. |
| 09:26 | 12 | Q.   Directing your attention to 564, previously admitted. |
| 09:26 | 13 | THE COURT:  564? |
| 09:26 | 14 | MR. WILKE:  Yes. |
| 09:26 | 15 | THE COURT:  Thank you. |
| 09:26 | 16 | *(Exhibit displayed.)* |
| 09:26 | 17 | BY MR. WILKE: |
| 09:26 | 18 | Q.   Who is that in the photo? |
| 09:26 | 19 | A.   That's Khoa Cao, also known as "K.C." |
| 09:27 | 20 | Q.   Khoa is how you say his first name? |
| 09:27 | 21 | A.   Yes. |
| 09:27 | 22 | Q.   And who all went on this fishing trip?  Was -- uh, |
| | 23 | anybody other than the three of you? |
| 09:27 | 24 | A.   It was just the three of us:  Me, Sheila, and K.C. |
| 09:27 | 25 | Q.   What was K.C.'s relationship with Sheila? |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

47

09:27   1    A.    Their relationship was basically kind of a partner in

        2    setting up a new business for property management, for

        3    construction since he did "constructions."  So Sheila would

        4    give him jobs for him to work on.  And he liked to go

        5    fishing.

09:27   6    Q.    Okay.  And had you -- was this the first time you had

        7    been lobster fishing?

09:27   8    A.    Yes.

09:27   9    Q.    How was that experience?

09:27  10    A.    It was -- it was a fun experience to go on a boat.

09:27  11    Q.    'Kay.  So when you went lobster fishing on

       12    October 13th, about what time'a day did y'all leave?

09:28  13    A.    It was late afternoon when we went.

09:28  14    Q.    Okay.  And by the time you actually launched the boat,

       15    was it, uh, still light out or was it dark?

09:28  16    A.    I'm not sure.  I just -- it's like probably 7:00 or

       17    8:00 --

09:28  18    Q.    Okay.

09:28  19    A.    -- barely getting dark.

09:28  20    Q.    And I'm going to direct your attention to what's been

       21    previously admitted as Exhibit 91, page 4.

09:28  22          (Exhibit displayed.)

09:28  23    BY MR. WILKE:

09:28  24    Q.    You all went off the Dana Point marina; is that

       25    correct?  That's where you went lobster fishing; correct?

| | | |
|---|---|---|
| 09:28 | 1 | A.    Yes, that is correct. |
| 09:28 | 2 | Q.    Okay.  And at the Dana Point marina, where you launched |
| | 3 | the boat, there's a, uh -- a jetty or a path for the boats |
| | 4 | to get out to the ocean; correct? |
| 09:29 | 5 | A.    That is correct. |
| 09:29 | 6 | Q.    And that path, if you will, is, uh, guarded by these -- |
| | 7 | these rock jetties that are depicted on this map; correct? |
| 09:29 | 8 | A.    Yes. |
| 09:29 | 9 | Q.    Do you recognize this as kind of -- does -- uh, the |
| | 10 | area of the Dana Point marina and the jetties? |
| 09:29 | 11 | A.    Yes. |
| 09:29 | 12 | Q.    Now, now describe what the process is in getting ready |
| | 13 | for lobster fishing.  What did you have to do? |
| 09:29 | 14 | A.    So to get ready for -- we go lobster fishing, we have |
| | 15 | to get the nets ready, which are called the "hoops" or the |
| | 16 | traps they have for the lobsters.  So basically there's like |
| | 17 | a little bait box in the middle of it.  It's like a -- like |
| | 18 | a roach motel box, so you have to put the bait in there.  It |
| | 19 | smells like fish, like dead -- dead fish or -- like it can |
| | 20 | be shrimps or squids you can put in the box.  And then it |
| | 21 | has a smell for it.  So you just put it in a little plastic |
| | 22 | "roach motel" box, I guess, casing. |
| 09:30 | 23 | And then I think there's about probably 7 to 10 hoops |
| | 24 | that Sheila had.  So we would get those ready. |
| 09:30 | 25 | Q.    And "hoops" meaning these -- how are they shaped? |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

49

| | | |
|---|---|---|
| 09:30 | 1 | A.   The hoops, they're probably around -- I would say |
| | 2 | probably 24 or 30 inches in circumference. |
| 09:30 | 3 | Q.   Uh-huh.  Okay. |
| 09:30 | 4 | A.   And -- yeah. |
| 09:30 | 5 | Q.   And they're round? |
| 09:30 | 6 | A.   Yeah, they're round.  It was like a little hoop, like a |
| | 7 | hula hoop.  And -- |
| 09:30 | 8 | Q.   Okay. |
| 09:30 | 9 | A.   -- basically, uh, and they're smaller. |
| 09:30 | 10 | Q.   And it's made of metal? |
| 09:30 | 11 | A.   It's a metal hoop.  And then they have -- it's like a |
| | 12 | fish net, like a basketball net around it.  So when you pull |
| | 13 | up, you can pull up the lobster. |
| 09:31 | 14 | Q.   And is net itself also made of metal? |
| 09:31 | 15 | A.   I don't think the net's made'a metal.  It's made'a |
| | 16 | nylon, I think. |
| 09:31 | 17 | Q.   Okay.  And, uh -- and then, when you left for lobster |
| | 18 | fishing, do you get -- uh, on the 13th, did you prepare the |
| | 19 | bait boxes and hoops "before you get" on the boat? |
| 09:31 | 20 | A.   Uh, we -- I remember cutting it on the boat that Sheila |
| | 21 | had. |
| 09:31 | 22 | Q.   Okay.  And did Sheila -- this was the first time you |
| | 23 | went; correct? |
| 09:31 | 24 | A.   Yeah, it's my -- |
| 09:31 | 25 | Q.   On the -- |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

50

09:31  1   A.   -- first time.

09:31  2   Q.   -- on the 13th.

09:31  3        Did Sheila appear to be pretty, uh, knowledgeable about
       4   how to do this?

09:31  5   A.   Yeah, she knew -- she knew how to navigate the boat.
       6   She knew how to -- she knew where to go, uh, to look for,
       7   um, the spiny lobsters.

09:31  8   Q.   And on that trip on the 13th, did she show you how to
       9   do it, as well?

09:32  10  A.   She just showed me how to use the bait box -- how to --
       11  how to set it up.

09:32  12  Q.   Okay.  And did you help her load the bait boxes?

09:32  13  A.   Yes, me -- K.C. was, as well.  He was helping.

09:32  14  Q.   Okay.  Did K.C. appear to have any experience lobster
       15  fishing?

09:32  16  A.   He knew how to lobster fish.  But I think it was really
       17  our first time to -- using hoop nets.  I didn't know how to
       18  really -- I didn't know how to use 'em.

09:32  19  Q.   Why did you believe that K.C. knew how to lobster fish?

09:32  20  A.   Me and K.C. would hang out on the rocks, before.  We
       21  would be hanging on the rocks on the jetty.  And then he
       22  would use a fishing rod, and he would be able'a catch 'em.

09:32  23  Q.   This was on a prior occasion?

09:33  24  A.   Yes.

09:33  25  Q.   You had gone fishing with K.C. out on the jetty?

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

51

| 09:33 | 1 | A.   Yes. |
|---|---|---|
| 09:33 | 2 | Q.   With hoop nets? |
| 09:33 | 3 | A.   When we and K.C. would go, he would bring fishing rods, |
| | 4 | and would use the rods to catch, uh -- catch the lobsters. |
| 09:33 | 5 | Q.   He would catch with a rod? |
| 09:33 | 6 | A.   Yes. |
| 09:33 | 7 | Q.   But in terms of hoop nets, did he appear to have |
| | 8 | experience hoop-netting? |
| 09:33 | 9 | MR. STAPLES:  Objection.  Relevance.  403. |
| 09:33 | 10 | BY MR. WILKE: |
| 09:33 | 11 | Q.   Did you know whether he did? |
| 09:33 | 12 | THE COURT:  Overruled. |
| 09:33 | 13 | THE WITNESS:  I don't know if he did. |
| 09:33 | 14 | BY MR. WILKE: |
| 09:33 | 15 | Q.   And, uh, that trip with K.C. on the 13th, were you all |
| | 16 | successful? |
| 09:33 | 17 | A.   Yeah.  We caught about, I think, uh, under about five, |
| | 18 | ten lobsters that night.  We caught squids.  We caught star |
| | 19 | fishes.  Yes. |
| 09:33 | 20 | Q.   Okay.  Directing your -- |
| 09:34 | 21 | MR. WILKE:  Uh, seeking to admit 567, pages 1 and |
| | 22 | 2, Your Honor, by stipulation. |
| 09:34 | 23 | THE COURT:  Received. |
| 09:34 | 24 | *(Exhibit Number 567 received in evidence.)* |
| 09:34 | 25 | *(Exhibit displayed.)* |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

52

| | | |
|---|---|---|
| 09:34 | 1 | BY MR. WILKE: |
| 09:34 | 2 | Q.    Do you recognize the photo there? |
| 09:34 | 3 | A.    Yes. |
| 09:34 | 4 | Q.    Okay.  Is that a photo from the October 13, 2019, taken |
| | 5 | the evening you went lobster fishing with Sheila and K.C. -- |
| | 6 | or Khoa Cao? |
| 09:34 | 7 | A.    Yes.  That was the catch that we caught on the night of |
| | 8 | the 13th. |
| 09:34 | 9 | Q.    Okay.  And I'munna direct your attention here to page 2 |
| | 10 | of this exhibit, which is the metadata from this, uh, |
| | 11 | photograph showing that it was created on October 14 -- |
| | 12 | "October 14, 5:48 UTC" -- from which we subtract seven |
| | 13 | hours, making it October 13th at about 10:48 p.m... |
| 09:35 | 14 | (Exhibit displayed.) |
| 09:35 | 15 | BY MR. WILKE: |
| 09:35 | 16 | Q.    Do you see that? |
| 09:35 | 17 | A.    Yes. |
| 09:35 | 18 | Q.    Okay.  And is that a photo that was taken that evening |
| | 19 | after you, uh, returned from lobster fishing? |
| 09:35 | 20 | A.    Yes. |
| 09:36 | 21 | MR. WILKE:  Seeking to admit now Exhibits 91, |
| | 22 | pages 2 and 3.  I believe page 1 is in already, Your Honor. |
| | 23 | But if it's not, I'd be seeking to admit all three pages by |
| | 24 | stipulation. |
| 09:36 | 25 | THE COURT:  So what is the total pages? |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

53

| | | |
|---|---|---|
| 09:36 | 1 | MR. WILKE:  There's three pages total. |
| 09:36 | 2 | THE COURT:  1, 2, and 3? |
| 09:36 | 3 | MR. WILKE:  Yes. |
| 09:36 | 4 | THE COURT:  All right.  1, 2, and 3 are received, |
| | 5 | Exhibit 91. |
| 09:36 | 6 | *(Exhibit Number 91 received in evidence.)* |
| 09:36 | 7 | *(Exhibit displayed.)* |
| 09:36 | 8 | BY MR. WILKE: |
| 09:36 | 9 | Q.  Do you recognize this photo? |
| 09:36 | 10 | A.  Yes.  That's the photo of me on the boat. |
| 09:36 | 11 | Q.  With a lobster you caught that night while you were |
| | 12 | fishing with Sheila and K.C.? |
| 09:36 | 13 | A.  That's correct. |
| 09:36 | 14 | Q.  Okay.  This was the biggest lobster you caught that |
| | 15 | night? |
| 09:36 | 16 | A.  I think one of 'em. |
| 09:36 | 17 | Q.  Okay.  And direct your attention to page 3, which is |
| | 18 | the metadata from this photograph. |
| 09:36 | 19 | *(Exhibit displayed.)* |
| 09:36 | 20 | BY MR. WILKE: |
| 09:36 | 21 | Q.  Do you see the time there as... |
| 09:37 | 22 | MR. WILKE:  Oh, this is wrong. |
| 09:37 | 23 | *(Displayed exhibit removed.)* |
| 09:37 | 24 | *(Different Exhibit displayed.)* |
| | 25 | |

| | | |
|---|---|---|
| 09:37 | 1 | BY MR. WILKE: |
| 09:37 | 2 | Q.   Direct your attention to page 3 of 91, do you see the |
| | 3 | metadata for the photograph and specifically the capture |
| | 4 | time of the photograph? |
| 09:37 | 5 | A.   Yes, I do. |
| 09:37 | 6 | Q.   Okay.  Showing "October 13th at 9:45 p.m."? |
| 09:38 | 7 | A.   Yes. |
| 09:38 | 8 | Q.   Now, after -- after you went lobster fishing on the |
| | 9 | 13th, did Sheila pull the boat outta the water? |
| 09:38 | 10 | A.   Yes.  She knew how to pull the boat -- she -- she knew |
| | 11 | how to put the boat in the water and she knew how to pull |
| | 12 | the boat out of the water. |
| 09:38 | 13 | Q.   And when she pulled the boat outta the water, where did |
| | 14 | she take the boat to? |
| 09:38 | 15 | A.   She put the boat in the parking lot of the marina. |
| 09:38 | 16 | Q.   Did she leave it there? |
| 09:38 | 17 | A.   She left it overnight, yes. |
| 09:38 | 18 | Q.   And did you all go back to her apartment that evening? |
| 09:38 | 19 | A.   Yes, the three of us went back to her apartment. |
| 09:38 | 20 | Q.   Okay.  Now, do you -- I wanna direct your attention to |
| | 21 | the following day, October 14th, um, 2019.  Okay? |
| 09:39 | 22 | A.   Okay. |
| 09:39 | 23 | Q.   Did you speak to James Dao earlier in the day? |
| 09:39 | 24 | A.   Yes. |
| 09:39 | 25 | Q.   About what? |

| | | |
|---|---|---|
| 09:39 | 1 | A.   I think on the 14th James was telling me to meet up |
| | 2 | with him so he can give me the money that -- |
| 09:39 | 3 | Q.   What -- what money? |
| 09:39 | 4 | A.   James wanted to meet up with me so he can pay me the |
| | 5 | money that he borrowed from Las Vegas, the trip before, when |
| | 6 | we went -- |
| 09:39 | 7 | Q.   From the previous weekend? |
| 09:39 | 8 | A.   Yes. |
| 09:39 | 9 | Q.   Would that be (inaudible) -- |
| 09:39 | 10 | *(Court reporter requests clarification for the* |
| | 11 | *record.)* |
| 09:39 | 12 | BY MR. WILKE: |
| 09:39 | 13 | Q.   Would that've been the $500 you loaned him at the |
| | 14 | Red Rock? |
| 09:40 | 15 | A.   Yes. |
| 09:40 | 16 | Q.   And did he say anything else about why he wanted to |
| | 17 | meet with you? |
| 09:40 | 18 | A.   He wanted to look at some weed. |
| 09:40 | 19 | Q.   Okay.  Where was this weed that he wanted to look at? |
| 09:40 | 20 | A.   That I had. |
| 09:40 | 21 | Q.   And when had you gotten this weed? |
| 09:40 | 22 | A.   Someone gave it to me earlier in the day. |
| 09:40 | 23 | Q.   Okay.  And you had -- you told him about that? |
| 09:40 | 24 | A.   Yeah. |
| 09:40 | 25 | Q.   Okay.  Did you -- had you paid for this weed when you |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

56

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | got it earlier in the day?                                   |
| 09:40 | 2  | A.   No.  All the weed -- the -- when I get it -- there's     |
|       | 3  | people -- I got "peep" that I knew.  They would, uh, front   |
|       | 4  | it to me 'cause they were called "sample packs."  So, just   |
|       | 5  | basically, a sample pack is something they give you to       |
|       | 6  | show -- the whole pound -- to see how marijuana product      |
|       | 7  | looks like so they can show other buyers.                    |
| 09:40 | 8  | Q.   So the person that gave you this marijuana earlier in   |
|       | 9  | the day, gave it to you as a sample pack?                    |
| 09:40 | 10 | A.   That is correct.                                        |
| 09:40 | 11 | Q.   And there were how many sample packs?                   |
| 09:41 | 12 | A.   It was two packs.                                       |
| 09:41 | 13 | Q.   Each being one pound?                                   |
| 09:41 | 14 | A.   Yes.  Each pack is called -- it's one pound'a           |
|       | 15 | marijuana.                                                   |
| 09:41 | 16 | Q.   Okay.  And had you and James previously spoken about    |
|       | 17 | you getting some sample packs from this person?              |
| 09:41 | 18 | A.   Yes.                                                    |
| 09:41 | 19 | Q.   Okay.  And did you get the sample packs at James's      |
|       | 20 | request?                                                      |
| 09:41 | 21 | A.   Yes.                                                    |
| 09:41 | 22 | Q.   Direct your attention to what has been admitted as      |
|       | 23 | Exhibit 532.                                                 |
| 09:41 | 24 |       *(Exhibit displayed.)*                                  |
|       | 25 |                                                              |

| 09:41 | 1 | BY MR. WILKE: |
|---|---|---|

09:41  1  BY MR. WILKE:

09:41  2  Q.   Do you recognize that building there?

09:41  3  A.   Yes.  That's the Asia Buffet in Buena Park.

09:42  4  Q.   Had you been there before October 14th?  Had you eaten

5  there before?

09:42  6  A.   Yes.

09:42  7  Q.   Okay.  With James?

09:42  8  A.   Yes.

09:42  9  Q.   And Natalie?

09:42  10  A.   Yes.

09:42  11  Q.   And approximately, if you recall, what time'a the day

12  was it when you arrived at the Asia Buffet to meet with

13  James?

09:42  14  A.   It was probably -- it was early in the afternoon.

09:42  15  Q.   Okay.  When you got there, was James there?

09:42  16  A.   No.

09:42  17  Q.   Did you go inside or did you wait outside?

09:42  18  A.   Usually, uh -- so I arrived first and I called James

19  and I told 'em that I was there.  And he was running little

20  bit late, so he just told me to go get reservations for one,

21  two -- five of us.

09:43  22  Q.   And why five?

09:43  23  A.   It would be for myself, James, his girl, Natalie, and

24  his two kids.

09:43  25  Q.   And did you do that?

| | | |
|---|---|---|
| 09:43 | 1 | A.   Yes, I did. |
| 09:43 | 2 | Q.   Okay.  And how long, uh, before James, Natalie and the |
| | 3 | two kids arrived? |
| 09:43 | 4 | A.   They rough -- they arrived, roughly, about 15 minutes. |
| 09:43 | 5 | Q.   Later? |
| 09:43 | 6 | A.   Yes. |
| 09:43 | 7 | Q.   Now, we saw a video earlier in the week from the |
| | 8 | Asia Buffet; do you recall that? |
| 09:43 | 9 | A.   Yes. |
| 09:43 | 10 | Q.   Do you recognize yourself, James, Natalie, and their |
| | 11 | two children entering in that restaurant and being escorted |
| | 12 | to a table? |
| 09:43 | 13 | A.   Yes. |
| 09:43 | 14 | Q.   And while you all were walking to the table, I believe |
| | 15 | Natalie testified that there was a point which James gave |
| | 16 | you money; was that correct? |
| 09:43 | 17 | A.   Yes. |
| 09:43 | 18 | Q.   Okay.  So he gave you, uh, money shortly after coming |
| | 19 | into the restaurant; correct? |
| 09:43 | 20 | A.   Yes. |
| 09:44 | 21 | Q.   How much money did he give you? |
| 09:44 | 22 | A.   He was supposed'a give me 500.  He gave me $400 in |
| | 23 | cash. |
| 09:44 | 24 | Q.   When he gave you the 400, did he say anything about why |
| | 25 | he only gave you 400 rather than 500? |

| | | |
|---|---|---|
| 09:44 | 1 | A.   Yeah.  He said he's just gonna use the other hundred to |
| | 2 | help pay for the lunch that we're gonna have.  So I was okay |
| | 3 | with it. |
| 09:44 | 4 | Q.   Did he ask you if that was okay? |
| 09:44 | 5 | A.   No. |
| 09:44 | 6 | Q.   Did you say anything to 'em? |
| 09:44 | 7 | A.   No. |
| 09:44 | 8 |         MR. WILKE:  Directing your attention to what's |
| | 9 | been previously admitted as Exhibit 533. |
| 09:44 | 10 |     *(Exhibit displayed.)* |
| 09:44 | 11 | BY MR. WILKE: |
| 09:44 | 12 | Q.   Do you recognize that photo? |
| 09:44 | 13 | A.   Yes. |
| 09:44 | 14 | Q.   Is that a photo of the food you were eating that |
| | 15 | afternoon at the Asia Buffet -- |
| 09:44 | 16 |     (Simultaneous speaking.) |
| 09:44 | 17 |     *(Court reporter requests clarification for the* |
| | 18 |     *record.)* |
| 09:44 | 19 |         THE COURT:  This is talkover. |
| 09:44 | 20 |         Repeat the question. |
| 09:44 | 21 | BY MR. WILKE: |
| 09:44 | 22 | Q.   -- while you were having lunch with James, Natalie, and |
| | 23 | their two children? |
| 09:45 | 24 | A.   Yes. |
| 09:45 | 25 | Q.   Now, during the lunch at the Asia Buffet, what did you |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

60

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | all talk about?                                              |
| 09:45 | 2  | A.   We -- talk about sports and -- usually sports on the   |
|       | 3  | weekends or, on this day -- just usually sports and what's  |
|       | 4  | going on.                                                    |
| 09:45 | 5  | Q.   Okay.                                                   |
| 09:45 | 6  | A.   And then on this trip or -- he was asking what I --    |
|       | 7  | what -- what I was doing so --                               |
| 09:45 | 8  | Q.   (Inaudible.)                                            |
| 09:45 | 9  | *(Court reporter requests clarification for the*            |
|       | 10 | *record.)*                                                   |
| 09:45 | 11 |          THE COURT:  Just a moment.                          |
| 09:45 | 12 |          Strike both question and answer.  There's a        |
|       | 13 | talkover, and we can't get it.                               |
| 09:45 | 14 |          Reask the question, please.                        |
| 09:46 | 15 |          MR. WILKE:  Okay.                                   |
| 09:46 | 16 | BY MR. WILKE:                                                |
| 09:46 | 17 | Q.   When he asked you what you were doing, what did you    |
|       | 18 | tell 'em?                                                    |
| 09:46 | 19 | A.   I told 'em I went lobster fishing the night before.   |
| 09:46 | 20 | Q.   Okay.                                                   |
| 09:46 | 21 | A.   And I had a good time with K.C.                         |
| 09:46 | 22 | Q.   Okay.  What else did you tell 'em?                      |
| 09:46 | 23 | A.   I told 'em that it -- it was a short trip.  I put like |
|       | 24 | $150 in gas in the boat because we had'a go early 'cause    |
|       | 25 | K.C. got seasick.                                            |

| | | |
|---|---|---|
| 09:46 | 1 | Q.   Did K.C. get seasick the night before? |
| 09:46 | 2 | A.   Yeah, he got seasick on the boat. |
| 09:46 | 3 | Q.   So you didn't -- did you all catch your limit of |
| | 4 | lobster the night before? |
| 09:46 | 5 | A.   I'm not sure about the limit.  It was just more of, I |
| | 6 | remember him throwing up on the boat so we went back to the |
| | 7 | house. |
| 09:46 | 8 | Q.   Okay.  So let me just ask you the question -- the night |
| | 9 | before, uh, after -- after you dropped the hoop nets -- |
| 09:47 | 10 | A.   Yes. |
| 09:47 | 11 | Q.   -- what did you all do? |
| 09:47 | 12 | A.   After you drop off the hoop nets, you drive around the |
| | 13 | marina.  And I remember us, uh -- we were tryin' a fish for |
| | 14 | other fishes -- like putting bait on fishing poles, tryin' |
| | 15 | catch fish as we're out in the waters. |
| 09:47 | 16 | Q.   So when you say you drive around the marina, do you |
| | 17 | stay in the marina area where the hoop nets are? |
| 09:47 | 18 | A.   You drive a little -- well, she drove the boat a little |
| | 19 | bit away from the marina, but you're still in eyesight of |
| | 20 | the hoop nets so -- |
| 09:47 | 21 | Q.   Okay.  Did you go any further out? |
| 09:47 | 22 | A.   (No response.) |
| 09:47 | 23 | Q.   Did you go further?  You go for a cruise further out? |
| 09:47 | 24 | A.   Yeah, we went further out to try to catch other fishes. |
| 09:47 | 25 | Q.   Okay.  Did she, uh -- was there any understanding that |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

62

```
        1   there was a kelp paddy at some point out there?
09:48   2           MR. STAPLES:  Objection.  Leading.
09:48   3           MR. WILKE:  I can rephrase.
09:48   4           THE COURT:  Just restate it.
09:48   5   BY MR. WILKE:
09:48   6   Q.   Did Sheila indicate at all that there was a kelp paddy
        7   that she was aware of?
09:48   8   A.   Yeah.  So she knew where there was a kelp paddy,
        9   basically where all the fishes -- where they sleep and
       10   hangout, so it would be easier for us to catch fishes if
       11   we're around there.
09:48  12   Q.   And this area --
09:48  13          (Court reporter requests clarification for the
       14       record.)
09:48  15   BY MR. WILKE:
09:48  16   Q.   And this area where you went further out to do some
       17   fishing after dropping the hoop nets, could you still see
       18   the marina?
09:48  19   A.   I think so.
09:48  20   Q.   Okay.  You -- you could see lights at that --
09:48  21   A.   I could still -- sorry.
09:48  22   Q.   Okay.
09:48  23   A.   Yes.  You can still see lights.
09:48  24   Q.   Okay.  Could you still see the hoop nets, though,
       25   actually in the water, when you were out further?
```

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

63

| | | |
|---|---|---|
| 09:48 | 1 | A.    I couldn't see it. |
| 09:48 | 2 | Q.    Okay.  Now, the following day, when you're at the |
| | 3 | Asia Buffet restaurant and telling James about your lobster |
| | 4 | uh, trip -- the lobster fishing trip the day before, what |
| | 5 | was James's reaction? |
| 09:49 | 6 | A.    He expressed interest in going to go -- if he can go |
| | 7 | lobster -- with us.  And I said I would have to ask Sheila |
| | 8 | if she would be willing, because we just went the night |
| | 9 | before 'cause it was a long night.  So I said I would have |
| | 10 | to get back to 'em -- I would check back with Sheila -- |
| | 11 | because I remember calling her, and she didn't -- call or |
| | 12 | texting her -- that she wasn't responding so I -- she was |
| | 13 | sleeping -- so I would get back to 'em later. |
| 09:49 | 14 | Q.    Okay.  And while telling him about this lobster fishing |
| | 15 | trip, I'ma show you what was previously admitted as |
| | 16 | Exhibit 567. |
| 09:49 | 17 | *(Exhibit displayed.)* |
| 09:49 | 18 | BY MR. WILKE: |
| 09:49 | 19 | Q.    Did you show him pictures on your phone? |
| 09:49 | 20 | A.    Yes, I would show 'em. |
| 09:50 | 21 | Q.    And was this one of the pictures you showed 'em? |
| 09:50 | 22 | A.    Yes. |
| 09:50 | 23 | Q.    About your catch the night before? |
| 09:50 | 24 | A.    Yes. |
| 09:50 | 25 | Q.    Okay.  Now, at the end of this lunch, did you and James |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

64

|       | 1  | have a meeting in your car?                              |
|-------|----|----------------------------------------------------------|
| 09:50 | 2  | A.   Yes.                                                |
| 09:50 | 3  | Q.   'Kay.  And, um, why were you meeting in your car?   |
| 09:50 | 4  | A.   So I -- it was after we got done eating.  Then me and |
|       | 5  | James walked out to the parking lot and to my car to look at |
|       | 6  | the marijuana packs that were sitting in my car.        |
| 09:50 | 7  | Q.   Okay.                                               |
| 09:50 | 8  | A.   And --                                              |
| 09:50 | 9  | Q.   Well -- hold on.                                    |
| 09:50 | 10 | And while you were meeting with James in your car to    |
|       | 11 | look at the marijuana packs, did you video record that  |
|       | 12 | meeting?                                                 |
| 09:50 | 13 | A.   So when "what happened my car" -- when James would hop |
|       | 14 | "on" the passenger seat, and I would record what he would |
|       | 15 | say about the marijuana.                                 |
| 09:51 | 16 | Q.   Okay.  Why did you record what James said about the |
|       | 17 | marijuana?                                               |
| 09:51 | 18 | A.   It would -- I would have -- I would record it because I |
|       | 19 | would remember his high points and what's good about the |
|       | 20 | product, because I was not a specialist in marijuana.   |
| 09:51 | 21 | Q.   Okay.                                               |
| 09:51 | 22 | A.   So...                                               |
| 09:51 | 23 | Q.   So you recorded it so you could remember what James |
|       | 24 | said?                                                    |
| 09:51 | 25 | A.   Yes.                                                |

| | | |
|---|---|---|
| 09:51 | 1 | Q.   And why did you need to remember what James said about |
| | 2 | the marijuana? |
| 09:51 | 3 | A.   Because it would -- I would relay that message to the |
| | 4 | grower, or the person that I picked up the weed -- why it's |
| | 5 | good or bad.  So, uh, it'll be a selling point that... |
| 09:51 | 6 | MR. WILKE:  May I just have a moment, Your Honor? |
| 09:51 | 7 | THE COURT:  You may. |
| 09:52 | 8 | And then, Counsel, why don't you pick a time for |
| | 9 | the recess that would be appropriate. |
| 09:52 | 10 | MR. WILKE:  Could -- have maybe 5 more minutes? |
| 09:52 | 11 | THE COURT:  Certainly. |
| 09:52 | 12 | MR. WILKE:  We can get through this one part. |
| 09:52 | 13 | Your Honor, seeking to introduce, by stipulation, |
| | 14 | 56 -- Exhibit 568, which is -- |
| 09:52 | 15 | THE COURT:  568? |
| 09:52 | 16 | MR. WILKE:  -- a video recording, and 568-A, which |
| | 17 | is the metadata from the video recording. |
| 09:52 | 18 | THE COURT:  Each are received 568 and 568-A |
| | 19 | received. |
| 09:52 | 20 | *(Exhibit Number 568 received in evidence.)* |
| 09:52 | 21 | *(Exhibit Number 568-A received in evidence.)* |
| 09:52 | 22 | MR. WILKE:  And, uh, I'm gonna -- it's actually |
| | 23 | A -- 568-A through C, which are -- is the metadata. |
| 09:52 | 24 | THE COURT:  A, B and C. |
| 09:52 | 25 | MR. WILKE:  Yes. |

| | | |
|---|---|---|
| 09:52 | 1 | *(Exhibit Number 568-B received in evidence.)* |
| 09:52 | 2 | *(Exhibit Number 568-C received in evidence.)* |
| 09:52 | 3 | BY MR. WILKE: |
| 09:52 | 4 | Q.   I'm gonna show you what's been admitted as 568-B, as in |
| | 5 | "Boy," which is the metadata of this video that you |
| | 6 | recorded. |
| 09:53 | 7 | *(Exhibit displayed.)* |
| 09:53 | 8 | BY MR. WILKE: |
| 09:53 | 9 | Q.   Do you see the date and time there? |
| 09:53 | 10 | A.   Yes.  October 14th. |
| 09:53 | 11 | Q.   And it says "11:47 UTC" time; do you see that? |
| 09:53 | 12 | A.   Yes. |
| 09:53 | 13 | Q.   By stipulation that is minus 7 hours.  So 4:47 p.m. |
| | 14 | Okay? |
| 09:53 | 15 | A.   Yes. |
| 09:53 | 16 | Q.   Is that about the time you were meeting with James in |
| | 17 | the parking lot? |
| 09:53 | 18 | A.   Yes. |
| 09:54 | 19 | MR. WILKE:  Gonna play right now a very short |
| | 20 | video. |
| 09:54 | 21 | *(Video recording played, not reported.)* |
| 09:54 | 22 | BY MR. WILKE: |
| 09:54 | 23 | Q.   Okay.  Do you recognize that video? |
| 09:54 | 24 | A.   Yes. |
| 09:54 | 25 | Q.   So did you recognize the voice of the first -- of the |

|         |    |                                                              |
|---------|----|--------------------------------------------------------------|
|         | 1  | person saying, quote, "We need it at 11:50"?                 |
| 09:54   | 2  | A.    Yes.                                                   |
| 09:54   | 3  | Q.    Whose voice is that?                                   |
| 09:54   | 4  | A.    That's James.                                          |
| 09:54   | 5  | Q.    And then the other voice in the video, whose voice is  |
|         | 6  | that?                                                        |
| 09:55   | 7  | A.    That's my voice.                                       |
| 09:55   | 8  |            MR. WILKE:  This might be a good time to break,    |
|         | 9  | Your Honor.                                                  |
| 09:55   | 10 |            THE COURT:  All right.                            |
| 09:55   | 11 |            Ladies and gentlemen, we'll take a 20-minute      |
|         | 12 | recess.  You're admonished not to discuss this matter        |
|         | 13 | amongst yourselves nor to form or express any opinion        |
|         | 14 | concerning the case.                                         |
| 09:55   | 15 |            We'll see you at 10:15.  Thank you.               |
| 09:55   | 16 |       *(Jury recesses at 9:55 a.m.)*                         |
| 09:55   | 17 |       *(Outside the presence of the jury.)*                 |
| 09:55   | 18 |            THE COURT:  All right.  Then, Counsel, if the     |
|         | 19 | marshals would have the gentleman seated at 10 after the     |
|         | 20 | hour, about 5 minutes early.  10:15.  We're in recess.       |
| 09:55   | 21 |       *(Recess held at 9:55 a.m.)*                           |
| 10:15   | 22 |       *(Proceedings resumed at 10:15 a.m.)*                  |
| 10:15   | 23 |       *(Outside the presence of the jury.)*                 |
| 10:15   | 24 |            THE COURT:  All right.  We're on the record       |
|         | 25 | outside the presence of the jury.  Counsel are present, the  |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

68

| | | |
|---|---|---|
| | 1 | defendant's present and on the witness stand.  Thank you to |
| | 2 | the marshals for transporting so professionally.  And the |
| | 3 | investigating officer. |
| 10:15 | 4 | Counsel, Mr. -- |
| 10:15 | 5 | MR. WILKE:  Thank -- thank you, Your Honor. |
| 10:15 | 6 | Your Honor, in court is Khoa Cao, who is a witness |
| | 7 | under subpoena by the defense, who's been very cooperative |
| | 8 | and, uh, showed up this morning at 8:30, as he was |
| | 9 | subpoenaed to do so.  I would simply ask the Court to order |
| | 10 | him back at, uh, December -- Wednesday, December 1, at 8:30 |
| | 11 | in the morning. |
| 10:15 | 12 | THE COURT:  So you won't be calling him on Friday? |
| 10:15 | 13 | MR. WILKE:  We won't.  We did not believe we could |
| | 14 | get him on the stand tomorrow with the out-of-town |
| | 15 | witnesses. |
| 10:15 | 16 | **COURT ORDER FOR DEFENSE WITNESS KHOA CAO TO RETURN** |
| 10:15 | 17 | THE COURT:  Are you Khoa Cao? |
| 10:16 | 18 | MR. CAO:  Yes. |
| 10:16 | 19 | THE COURT:  If you'd come forward, please. |
| 10:16 | 20 | It's been represented that you've been served by |
| | 21 | the parties in this matter.  I'm going to order you to |
| | 22 | report back to this Court:  To be present on Wednesday, |
| | 23 | December 1st. |
| 10:16 | 24 | MR. CAO:  Yes. |
| 10:16 | 25 | THE COURT:  Do you understand that order? |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

69

| | | |
|---|---|---|
| 10:16 | 1 | MR. CAO:  Yes. |
| 10:16 | 2 | THE COURT:  Thank you very much for your courtesy, |
| | 3 | sir. |
| 10:16 | 4 | MR. CAO:  Thank you. |
| 10:16 | 5 | THE COURT:  All right. |
| 10:16 | 6 | Just as a courtesy to one another, if you take the |
| | 7 | remainder of the morning, we may start your |
| | 8 | cross-examination tomorrow morning.  So each of you tell me |
| | 9 | what you need.  That way, Mr. Wilke, you have the entire |
| | 10 | morning or whatever, or a portion thereof, but I'll consult |
| | 11 | with you and government about whether you want to start |
| | 12 | cross, depending upon how much longer -- |
| 10:17 | 13 | MR. WILKE:  I'm gonna do my best to get through |
| | 14 | direct today but -- |
| 10:17 | 15 | THE COURT:  Counsel -- |
| 10:17 | 16 | MR. WILKE:  All right. |
| 10:17 | 17 | THE COURT:  -- you make your presentation, and |
| | 18 | don't be concerned about -- |
| 10:17 | 19 | MR. WILKE:  Okay. |
| 10:17 | 20 | THE COURT:  -- getting it.  Okay? |
| 10:17 | 21 | All right. |
| 10:17 | 22 | *(In the presence of the jury.)* |
| 10:18 | 23 | THE COURT:  The jury's present.  The alternates |
| | 24 | are present.  All counsel are still present.  The |
| | 25 | defendant's present and the investigating agency's present |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

70

| | | |
|---|---|---|
| | 1 | as well.  If you would be seated.  Thank you for your |
| | 2 | courtesy. |
| 10:18 | 3 | Counsel, your continued direct examination, |
| | 4 | please. |
| 10:18 | 5 | MR. WILKE:  Thank you Your Honor. |
| 10:18 | 6 | **DIRECT EXAMINATION (Continued)** |
| 10:18 | 7 | BY MR. WILKE: |
| 10:18 | 8 | Q.   Mr. Le, when we left, we were talking about the lunch |
| | 9 | at the Asia Buffet restaurant, and then meeting in the |
| | 10 | parking lot with James immediately following that lunch. |
| 10:18 | 11 | Do you recall that? |
| 10:18 | 12 | A.   Yes. |
| 10:18 | 13 | Q.   So at any time during the lunch or following the lunch |
| | 14 | in the parking lot or before the lunch, did you have any |
| | 15 | conversations with Natalie Nguyen outside of James's |
| | 16 | presence? |
| 10:18 | 17 | A.   No. |
| 10:18 | 18 | Q.   Did you at any time that day ask Natalie about the life |
| | 19 | insurance policy of James? |
| 10:18 | 20 | A.   No. |
| 10:19 | 21 | Q.   Was there any discussion at all during the lunch about |
| | 22 | the life insurance policy of James? |
| 10:19 | 23 | A.   No. |
| 10:19 | 24 | Q.   Did you make any statement to Natalie to the effect of |
| | 25 | "You never know what might happen"? |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

71

| | | |
|---|---|---|
| 10:19 | 1 | A.   No. |
| 10:19 | 2 | Q.   Now, following that lunch, what did you do later |
| | 3 | that -- that day? |
| 10:19 | 4 | A.   After we got done eating and leaving the restaurant, I |
| | 5 | was messaging Sheila if she was available.  I was waiting |
| | 6 | for her to call me back.  And I -- eventually she called me |
| | 7 | back and she -- she said she'll be available so we would |
| | 8 | probably meet up around 7:30 to go.  And at that time I was |
| | 9 | relaying the message to James to be ready around 7:30 -- |
| 10:20 | 10 | Q.   Okay. |
| 10:20 | 11 | A.   -- but -- but for the remainder of the day -- |
| 10:20 | 12 | Q.   Stop there for a minute. |
| 10:20 | 13 | When you relayed the message to James to be ready |
| | 14 | around 7:30, were you in your car? |
| 10:20 | 15 | A.   Yes. |
| 10:20 | 16 | Q.   Was Shawn Whalin with you? |
| 10:20 | 17 | A.   I don't remember. |
| 10:20 | 18 | Q.   Okay.  Do you recall being in Shawn Whalin's presence |
| | 19 | at any time after the lunch at Asia Buffet but before you |
| | 20 | went fishing with James that night? |
| 10:20 | 21 | A.   Uh, earlier, yeah, around probably 6:00, I was probably |
| | 22 | with Shawn. |
| 10:20 | 23 | Q.   Okay.  Why were you with Shawn? |
| 10:20 | 24 | A.   We were getting high. |
| 10:20 | 25 | Q.   Okay.  And -- and where (inaudible) -- |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

72

| | | |
|---|---|---|
| 10:20 | 1 | *(Court reporter requests counsel use microphone to* |
| | 2 | *be heard for the record.)* |
| 10:21 | 3 | BY MR. WILKE: |
| 10:21 | 4 | Q.   Where were you and Shawn getting high at? |
| 10:21 | 5 | A.   We were, um -- usually, I'm always, uh -- okay.  So, |
| | 6 | uh, we -- I would go over'a Shawn's house and we would, um, |
| | 7 | smoke meth. |
| 10:21 | 8 | Q.   Okay.  So that day, following Asia Buffet, did you go |
| | 9 | over to Shawn's house and smoke meth? |
| 10:21 | 10 | A.   Yes. |
| 10:21 | 11 | Q.   Okay.  And at any point -- the -- when you were with |
| | 12 | Shawn that day, did you place a call to James? |
| 10:21 | 13 | A.   Yes. |
| 10:21 | 14 | Q.   Uh, concerning -- uh, about going fishing that night? |
| 10:21 | 15 | A.   Yes. |
| 10:21 | 16 | Q.   Okay.  Did you ask Shawn if he wanted to go? |
| 10:21 | 17 | A.   Yes. |
| 10:21 | 18 | Q.   What did you tell Shawn about that fishing trip that |
| | 19 | night? |
| 10:21 | 20 | A.   I was asking Shawn if he wants'a join us to go fishing |
| | 21 | with us. |
| 10:21 | 22 | Q.   Okay.  Did you tell 'em who you were going with? |
| 10:22 | 23 | A.   I don't recall. |
| 10:22 | 24 | Q.   Well -- |
| 10:22 | 25 | A.   I was just inviting -- yeah, I -- "I'm going fishing |

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | with Sheila and James."                                      |
| 10:22 | 2  | Q.   Okay.  Who he had meet the weekend before --            |
| 10:22 | 3  | A.   Yes.                                                     |
| 10:22 | 4  | Q.   -- in Las Vegas; correct?                               |
| 10:22 | 5  | A.   Yes.                                                     |
| 10:22 | 6  | Q.   And what was Shawn's response when you invited him to   |
|       | 7  | go fishing?                                                   |
| 10:22 | 8  | A.   No.  He didn't like to go in the ocean.                 |
| 10:22 | 9  | Q.   Did you say anything to Shawn about -- that you were    |
|       | 10 | gonna "take James out"?                                       |
| 10:22 | 11 | A.   No.                                                      |
| 10:22 | 12 | Q.   Did you say anything to Shawn at that time about James  |
|       | 13 | owing you 30- to $40,000 and you were going to collect it?   |
| 10:23 | 14 | A.   No.                                                      |
| 10:23 | 15 | Q.   Did you say anything to Shawn at that time about        |
|       | 16 | getting the money from the wife, who was gonna pay out of    |
|       | 17 | the insurance policy?                                         |
| 10:23 | 18 | A.   No.                                                      |
| 10:23 | 19 | Q.   Now, when Sheila told you that she was willing to go    |
|       | 20 | fishing that evening, did she give you any instructions      |
|       | 21 | about what was needed from James?                            |
| 10:23 | 22 | A.   Just to make sure he has his fishing license and        |
|       | 23 | lobster license.  So I just "relay" the message to James.    |
| 10:23 | 24 | Q.   Okay.  And did you relay that message to James?         |
| 10:23 | 25 | A.   Yes.                                                     |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

74

| | | |
|---|---|---|
| 10:24 | 1 | Q.   Now, you indicated that the plan was to go fishing |
| | 2 | around 7:30. |
| 10:24 | 3 | A.   Yes. |
| 10:24 | 4 | Q.   We saw video -- let me strike that. |
| 10:24 | 5 | That day, what car were you driving? |
| 10:24 | 6 | A.   I was -- with Shawn, I was in my Cadillac. |
| 10:24 | 7 | Q.   When you were with Shawn earlier? |
| 10:24 | 8 | A.   Yes. |
| 10:24 | 9 | Q.   Okay.  At some point did you change cars? |
| 10:24 | 10 | A.   Yes. |
| 10:24 | 11 | Q.   To what car? |
| 10:24 | 12 | A.   I asked 'em if I can borrow his truck. |
| 10:24 | 13 | Q.   And did you borrow him truck? |
| 10:24 | 14 | A.   Yes. |
| 10:24 | 15 | Q.   Why? |
| 10:24 | 16 | A.   I asked to borrow his truck because if -- to go -- when |
| | 17 | we're going fishing, I thought that we were gonna put |
| | 18 | some -- like the lobsters in a truck versus a Cadillac.  I |
| | 19 | don't want my car to be smelling like fish. |
| 10:24 | 20 | Q.   And who is Vu? |
| 10:24 | 21 | A.   Vu is, uh, a friend'a mine that I know.  And he came to |
| | 22 | testify a couple days ago. |
| 10:24 | 23 | Q.   Okay.  How long have you known him? |
| 10:25 | 24 | A.   I known [sic] about -- well, 10 to 12 years now. |
| 10:25 | 25 | Q.   Okay.  And -- and how often would you borrow his truck? |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

75

| | | |
|---|---|---|
| 10:25 | 1 | A.   I would borrow his truck every -- probably every other |
| | 2 | week, every week. |
| 10:25 | 3 | Q.   Okay.  And when you would borrow his truck, would you |
| | 4 | swap cars with him, basically, and leave your car? |
| 10:25 | 5 | A.   I (unintelligible) leave my car -- |
| 10:25 | 6 | (Court reporter requests clarification for the |
| | 7 | record.) |
| 10:25 | 8 | THE WITNESS:  Sometimes I would leave my car.  And |
| | 9 | sometimes Vu would drop off his truck at my house -- |
| 10:25 | 10 | BY MR. WILKE: |
| 10:25 | 11 | Q.   'Kay. |
| 10:25 | 12 | A.   -- and he'll catch a ride, because he had several cars. |
| 10:25 | 13 | Q.   And that day, on Sunday, did you go over to Vu's house |
| | 14 | or did he drop his truck off at your house? |
| 10:25 | 15 | A.   I left my car at his house. |
| 10:25 | 16 | Q.   And other than picking up Vu's truck and smoking some |
| | 17 | meth with Shawn Whalin, did you do anything else between the |
| | 18 | time you left the Asia Buffet and you picked up James later |
| | 19 | that evening? |
| 10:26 | 20 | A.   I went to pick up more drugs for -- went to pick up |
| | 21 | more cocaine, and then -- |
| 10:26 | 22 | Q.   Okay.  Where did you have to go to pick up more |
| | 23 | cocaine? |
| 10:26 | 24 | A.   So I -- um, my supplier is in Santa Ana so -- so... |
| 10:26 | 25 | Q.   And how much cocaine did you pick up? |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

76

10:26  1   A.   I think at that time roughly around about an ounce

       2   or...

10:26  3   Q.   Okay.  And, um, did you pay for that cocaine when you

       4   picked it up?

10:26  5   A.   Yes.

10:26  6   Q.   'Kay.  Did you use some'a the money or the money that

       7   James had given you, the $400, um -- did you use that to pay

       8   for some'a the cocaine?

10:26  9   A.   Yes.

10:26  10  Q.   And after you paid for the cocaine, how much money did

       11  you have left on you?

10:26  12  A.   Have a -- uh, I think I had a couple hundred dollars.

10:26  13  Q.   That was it?

10:26  14  A.   Yes.

10:26  15  Q.   Okay.  Now, we saw the, uh, video of, uh, the white

       16  truck pulling up into -- in front of, uh, James's apartment;

       17  do you recall that?

10:27  18  A.   Yes.

10:27  19  Q.   And it was much later than 7:30.

10:27  20  A.   Yes.

10:27  21  Q.   I can't remember the exact time.  But it was maybe

       22  after 10:00, close to 11:00.

10:27  23       Do you recall that?

10:27  24  A.   Yes.

10:27  25  Q.   Why were you running so late?

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

77

| | | |
|---|---|---|
| 10:27 | 1 | A.   I was running late -- I was -- I was letting James know |
| | 2 | I was running late because I was dropping off, uh, like, |
| | 3 | cocaine to other people that -- my other friends so they can |
| | 4 | have party supplies for that night so -- |
| 10:27 | 5 | Q.   Okay. |
| 10:27 | 6 | A.   -- so that's what I was doing. |
| 10:27 | 7 | Q.   Okay.  And did you let Sheila know that you were |
| | 8 | running late? |
| 10:27 | 9 | A.   Yes, I did. |
| 10:27 | 10 | Q.   Uh, what was her reaction when you told her that? |
| 10:28 | 11 | A.   She said she was fine; she was just at home drinking. |
| 10:28 | 12 | Q.   Okay.  Now, when you picked up James in Vu's truck, do |
| | 13 | you recall what he was wearing? |
| 10:28 | 14 | A.   He was wearing a jacket, long pants, backpack, his |
| | 15 | man purse. |
| 10:28 | 16 | Q.   Okay.  The jacket -- would that be the orange jacket |
| | 17 | that we saw in court? |
| 10:28 | 18 | A.   Yes. |
| 10:28 | 19 | Q.   Okay.  Directing your attention to Exhibit 535. |
| 10:28 | 20 | *(Exhibit displayed.)* |
| 10:28 | 21 | BY MR. WILKE: |
| 10:28 | 22 | Q.   'Zat appear to be the jacket and the man purse? |
| 10:28 | 23 | A.   Yes. |
| 10:28 | 24 | Q.   And he had also a backpack with him; correct? |
| 10:28 | 25 | A.   Yes. |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

78

| | | |
|---|---|---|
| 10:28 | 1 | Q.   Okay.  Directing your attention to 536. |
| 10:28 | 2 | *(Exhibit displayed.)* |
| 10:28 | 3 | BY MR. WILKE: |
| 10:28 | 4 | Q.   Does that appear to be the backpack? |
| 10:28 | 5 | A.   Yes. |
| 10:29 | 6 | Q.   When you picked him up, did you confirm that he'd |
| | 7 | gotten a fishing license? |
| 10:29 | 8 | A.   Yes. |
| 10:29 | 9 | Q.   Where did you go after you picked up James? |
| 10:29 | 10 | A.   After I picked up James, we drove straight to Sheila's |
| | 11 | apartment. |
| 10:29 | 12 | Q.   Okay.  Did you go inside? |
| 10:29 | 13 | A.   I went to let her know -- yes, I went to go -- yes, I |
| | 14 | went inside her apartment. |
| 10:29 | 15 | Q.   Did James go inside? |
| 10:29 | 16 | A.   No.  James sat in the car. |
| 10:29 | 17 | Q.   In the truck? |
| 10:29 | 18 | A.   In the truck, yes. |
| 10:29 | 19 | Q.   And how long were you inside Sheila's apartment? |
| 10:29 | 20 | A.   I was in her apartment maybe 10 minutes. |
| 10:29 | 21 | Q.   And what did you do during those 10 minutes? |
| 10:29 | 22 | A.   I was just letting her know that I was -- we're ready |
| | 23 | to go, and then I was making up -- she has -- she has a |
| | 24 | cocaine plate there, so I put some cocaine to wake her up. |
| | 25 | And then I went to grab drinks from the fridge -- from her |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

79

|       |    |                                                                    |
|-------|----|--------------------------------------------------------------------|
|       | 1  | fridge.  I went to grab alcohol.                                   |
| 10:30 | 2  | Q.    What'd you -- did you grab alcohol outta the fridge?         |
| 10:30 | 3  | A.    Yeah, I grabbed -- I grabbed a six-pack'a Heineken and       |
|       | 4  | then I got her little -- um, her metal -- it's a container         |
|       | 5  | to put alcohol -- her -- she likes to drink "Tito vodkas."         |
|       | 6  | The "thermal."                                                     |
| 10:30 | 7  | Q.    Thermos?                                                     |
| 10:30 | 8  | A.    Yes.                                                         |
| 10:30 | 9  | Q.    And you filled the thermos up with Tito's?                   |
| 10:30 | 10 | A.    Yes.                                                         |
| 10:30 | 11 | Q.    And after doing some cocaine, getting some beer,            |
|       | 12 | getting some Tito's in the thermos, what'd you do then?           |
| 10:30 | 13 | A.    Then I walked back to the truck.                             |
| 10:30 | 14 | Q.    With Sheila?                                                 |
| 10:30 | 15 | A.    No.  Sheila was still behind me.                             |
| 10:30 | 16 | Q.    'Kay.                                                        |
| 10:30 | 17 | A.    And then Sheila says she'll take her car, instead.          |
|       | 18 | So -- so I parked the truck in the guest parking.                 |
| 10:31 | 19 | Q.    Okay.  And what did you do then?                             |
| 10:31 | 20 | A.    And Sheila -- well, me and James were sitting the -- in      |
|       | 21 | the truck.  And then Sheila pulled up to guest parking, and       |
|       | 22 | I hopped in the driver -- uh, the passenger seat and James        |
|       | 23 | hopped in the back seat.                                          |
| 10:31 | 24 | Q.    Okay.  Now, when you were in Sheila's apartment, was         |
|       | 25 | there any discussion about murdering anybody?                      |

| 10:31 | 1 | A.    No. |
|---|---|---|

10:31  1   A.    No.

10:31  2   Q.    There was any plan between you and Sheila to murder

       3   anybody?

10:31  4   A.    No.

10:31  5   Q.    What was the plan to do that night?  What were you

       6   planning to do that night?

10:31  7   A.    We were just planning to catch lobsters.

10:31  8   Q.    And after you and James got into Sheila's car -- would

       9   that be the white Ford Explorer we've seen the pictures of?

10:31 10   A.    Yes.

10:31 11   Q.    Okay.  After you got into the white Ford Explorer,

      12   where did you all drive to?

10:31 13   A.    We -- we drove to the marina.

10:32 14   Q.    Okay.  And, uh, what happened when you got to the

      15   marina?

10:32 16   A.    We got to the marina and then we -- well, she hooked up

      17   the boat to her car, and she was backing the boat into the

      18   on-ramp of the marina.

10:32 19   Q.    Okay.  And while she was hooking up the boat to her

      20   car, did you load things into the boat?

10:32 21   A.    Yes.

10:32 22   Q.    What did you load into the boat?

10:32 23   A.    We put hoops -- the hoop nets that were in her --

      24   her -- the rear of her car.

10:32 25   Q.    Okay.  And, uh --

| | | |
|---|---|---|
| 10:32 | 1 | A.    And -- |
| 10:32 | 2 | Q.    -- anything else? |
| 10:32 | 3 | A.    And then, like, my backpack, we had like alcohol in |
| | 4 | there. |
| 10:32 | 5 | Q.    Uh-huh. |
| 10:32 | 6 | A.    Uh, the bag of alcohol that I took from her house. |
| 10:32 | 7 | Q.    Uh-huh. |
| 10:32 | 8 | A.    And then James, he threw his -- his stuff in -- I think |
| | 9 | his backpack in the boat, as well. |
| 10:33 | 10 | Q.    Okay.  Did he also have his man purse with 'em when he |
| | 11 | got on the boat? |
| 10:33 | 12 | A.    Yes. |
| 10:33 | 13 | Q.    Now, do you recall, after you -- after you hitched the |
| | 14 | trailer to the vehicle, do you recall the process of -- of |
| | 15 | launching the boat at the marina? |
| 10:33 | 16 | A.    So she hasta back in the boat, and the boat has to -- |
| | 17 | the boat and the trailer, they go in the water.  So they -- |
| | 18 | has to be a halfway point for the boat to move out by itself |
| | 19 | because we can't move the whole -- you don't want the whole |
| | 20 | uh, car to back into the water, just the trailer to go in |
| | 21 | the water so you're able to pull out the, uh -- the trailer, |
| | 22 | as the boat goes backwards.  Once the boat goes backwards, |
| | 23 | you -- it has to go to the -- I guess, the alley, like, the |
| | 24 | curb of -- of the ramp.  And that's where you tie the boat |
| | 25 | to the ramp so it doesn't float away. |

```
10:34    1   Q.   Now, all the time while you are launching the boat and

         2   getting it ready, um, are you and James assisting Sheila

         3   doing this?

10:34    4   A.   I think we were both in the boat.  And then once --

         5   once the -- the boat was in the water, I think I parked the

         6   truck or something.

10:34    7   Q.   Okay.

10:34    8   A.   Yeah.

10:34    9   Q.   That you -- you pulled the truck back --

10:34   10   A.   Yeah.

10:34   11   Q.   -- and you parked it?

10:34   12        While she got the boat ready?

10:34   13   A.   Yes.

10:34   14   Q.   Do you recall seeing James on his phone at the time?

10:34   15   A.   Yes.

10:34   16   Q.   Did you know what he was doing?

10:34   17   A.   He was just text-messaging people he --

10:34   18   Q.   Okay.

10:34   19   A.   And I'm going to, uh, play what was previously admitted

        20   as Exhibit 37.  Okay?

10:35   21   A.   Yes.

10:35   22        MR. WILKE:  It's very short.

10:35   23        (Video recording played, not reported.)

10:35   24   BY MR. WILKE:

10:35   25   Q.   So do you see this video?
```

| | | |
|---|---|---|
| 10:35 | 1 | A.   Yes. |
| 10:35 | 2 | Q.   Uh, this is a video that -- the testimony was -- it |
| | 3 | came up James's -- it was texted to Natalie by James? |
| 10:35 | 4 | A.   Yes. |
| 10:35 | 5 | Q.   You remember that testimony? |
| 10:35 | 6 | A.   Yes. |
| 10:35 | 7 | Q.   Is this you in the back right here? |
| 10:35 | 8 | A.   I believe so. |
| 10:35 | 9 | Q.   Okay.  You were wearing a dark jacket; correct? |
| 10:35 | 10 | A.   Yes. |
| 10:35 | 11 | Q.   Now, uh, and James is videotaping this as you're |
| | 12 | launching the boat from the marina; correct? |
| 10:35 | 13 | A.   Yes. |
| 10:35 | 14 | Q.   Could you see James with his phone taking video? |
| 10:35 | 15 | A.   Could I see them -- |
| 10:35 | 16 | Q.   Did you -- did you notice James taking the video while |
| | 17 | on the boat? |
| 10:36 | 18 | A.   Yes. |
| 10:36 | 19 | Q.   Okay. |
| 10:36 | 20 |        MR. WILKE:  You can play the rest. |
| 10:36 | 21 |    *(Playing of video recording continued.)* |
| 10:36 | 22 |        MR. WILKE:  Okay. |
| 10:36 | 23 | BY MR. WILKE: |
| 10:36 | 24 | Q.   Now, this was your second night lobster fishing; |
| | 25 | correct? |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

84

| | | |
|---|---|---|
| 10:36 | 1 | A.   Yes, it was. |
| 10:36 | 2 | Q.   Did you learn anything after the first night? |
| 10:36 | 3 | A.   I just learned how to set up the bait. |
| 10:36 | 4 | Q.   Okay.  Were you able to provide -- help Sheila more the |
| | 5 | second night than you were the first night? |
| 10:36 | 6 | A.   Yes.  So on this trip, like with James, is -- I was |
| | 7 | just showing 'em how -- these are the hoop nets, and how to |
| | 8 | set up the bait box.  'Cause we had'a get rid of the old |
| | 9 | bait that was in there so.  We were "open" up the old bait |
| | 10 | and dumping out the old bait, put the new one in. |
| 10:37 | 11 | Q.   Okay.  And did you guys start doing this as soon as you |
| | 12 | pulled way from the box? |
| 10:37 | 13 | A.   Yes.  We were both doing it.  We were setting up the |
| | 14 | bait boxes for the hoop nets. |
| 10:37 | 15 | Q.   As Sheila was piloting the boat out of the marina? |
| 10:37 | 16 | A.   That is correct. |
| 10:37 | 17 | Q.   Okay.  Now, do you recall what the weather was like |
| | 18 | that night? |
| 10:37 | 19 | A.   It was, uh, dark sky, bright moon. |
| 10:37 | 20 | Q.   So, in fact, do you recall it being a full moon? |
| 10:37 | 21 | A.   Yes. |
| 10:37 | 22 | Q.   Okay.  And was it, uh -- was it cold?  Was it warm? |
| 10:37 | 23 | A.   It was cold.  I remember it was a full moon because |
| | 24 | usually on full moons you catch more lobsters. |
| 10:38 | 25 | Q.   But do you recall the -- the temperature outside? |

| | | |
|---|---|---|
| 10:38 | 1 | A.   It was cold.  Roughly 50 or 60 degrees. |
| 10:38 | 2 | MR. WILKE:  Have a moment, Your Honor? |
| 10:38 | 3 | THE COURT:  Certainly. |
| 10:38 | 4 | BY MR. WILKE: |
| 10:38 | 5 | Q.   Well, you're saying you were cold that night? |
| 10:38 | 6 | A.   Yes. |
| 10:38 | 7 | Q.   Okay.  Uh -- |
| 10:38 | 8 | MR. WILKE:  Have just a moment? |
| 10:39 | 9 | BY MR. WILKE: |
| 10:39 | 10 | Q.   Now, when -- did you all -- once you got out of the |
| | 11 | harbor area, um, how far away from the jetties did you go? |
| 10:39 | 12 | A.   So after Sheila drove out from the jetty, roughly about |
| | 13 | 15 to 20 minutes. |
| 10:39 | 14 | Q.   To get outta the harbor? |
| 10:39 | 15 | A.   To the rocks. |
| 10:39 | 16 | Q.   To get near the rocks where you, uh, dropped lobster |
| | 17 | hoops? |
| 10:39 | 18 | A.   Yes. |
| 10:39 | 19 | Q.   Okay.  But that's right at the end of the jetty; |
| | 20 | correct? |
| 10:40 | 21 | A.   Yes. |
| 10:40 | 22 | Q.   Okay.  So as you get outta the harbor, you see the |
| | 23 | jetty; correct? |
| 10:40 | 24 | A.   Yes. |
| 10:40 | 25 | Q.   And you -- you believe that was about 15 minutes? |

| | | |
|---|---|---|
| 10:40 | 1 | A.   Yes. |
| 10:40 | 2 | Q.   Um, and where, in relation to the jetty, did you drop |
| | 3 | the hoop nets? |
| 10:40 | 4 | A.   So from the jetty, you drop off the hoop nets roughly |
| | 5 | about, uh, maybe 50 to a hundred feet away from the rocks. |
| | 6 | You don't wanna get too close to the rocks as you're |
| | 7 | dropping off the hoop nets. |
| 10:40 | 8 | Q.   Okay.  And is that where y'all dropped 'em that night? |
| 10:40 | 9 | A.   Yes. |
| 10:40 | 10 | Q.   And, uh, after dropping the hoop -- and these were the |
| | 11 | baited hoop nets that you had put the bait in while -- |
| 10:40 | 12 | A.   Yes. |
| 10:40 | 13 | COURT REPORTER:  Your Honor. |
| 10:40 | 14 | THE COURT:  Yeah, we had talkover. |
| 10:40 | 15 | Repeat that question. |
| 10:40 | 16 | BY MR. WILKE: |
| 10:40 | 17 | Q.   These were the baited hoop nets that you had baited |
| | 18 | after leaving the harbor; correct? |
| 10:40 | 19 | A.   (No response.) |
| 10:40 | 20 | Q.   Correct? |
| 10:40 | 21 | A.   Yes. |
| 10:41 | 22 | Q.   After dropping the hoop nets into the water, |
| | 23 | hundred feet or so from the jetty, what -- where did you all |
| | 24 | go? |
| 10:41 | 25 | A.   We drove around the -- the marina area just -- just to |

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | fish.                                                        |
| 10:41 | 2  | Q.   Did you drive further away from the jetty?              |
| 10:41 | 3  | A.   Yes, we did.                                            |
| 10:41 | 4  | Q.   Uh, at -- out -- basically out toward the open sea, out |
|       | 5  | in that direction?                                           |
| 10:41 | 6  | A.   Yes.                                                    |
| 10:41 | 7  | Q.   And, um, how long did you drive out for?                |
| 10:41 | 8  | A.   Um.                                                     |
| 10:41 | 9  | Q.   If you recall.                                          |
| 10:41 | 10 | A.   We drove out for like 15, 20 minutes.                   |
| 10:41 | 11 | Q.   Okay.  And about how fast was the boat going?           |
| 10:41 | 12 | A.   Roughly about 20 miles an hour.                         |
| 10:41 | 13 | Q.   Okay.  And at some point did you slow down, or did you  |
|       | 14 | keep around that speed?                                      |
| 10:41 | 15 | A.   She slows down.  She just cruises the boat around the   |
|       | 16 | waters.                                                      |
| 10:42 | 17 | Q.   Okay.  At some point she slows down, and you're just    |
|       | 18 | cruising around?                                             |
| 10:42 | 19 | A.   Yes.                                                    |
| 10:42 | 20 | Q.   Now, during this period of time when you're cruising    |
|       | 21 | around further out to sea, what are you doing?               |
| 10:42 | 22 | A.   I was -- we were both drinking.  I was drinking         |
|       | 23 | alcohol, Heineken.  And we were fishing.  I was setting up   |
|       | 24 | the -- I remember setting up the fishing poles, as well.     |
| 10:42 | 25 | Q.   Okay.  So you said you were both drinking.  You mean    |

|       |     |                                                              |
|-------|-----|--------------------------------------------------------------|
|       | 1   | you and Sheila?                                              |
| 10:42 | 2   | A.   Yes.                                                    |
| 10:42 | 3   | Q.   What were you drinking?                                 |
| 10:42 | 4   | A.   I would take sips of her thermostat [sic] of Tito's    |
|       | 5   | vodka.  That was normal.  And then I would be drinking       |
|       | 6   | Heineken beer.                                              |
| 10:42 | 7   | Q.   Okay.  And, uh, where was -- and what was James doing?  |
| 10:42 | 8   | A.   James is always on his phone, texting people back and   |
|       | 9   | forth.                                                      |
| 10:42 | 10  | Q.   And -- and while you're drinking, uh, where are you     |
|       | 11  | seated?                                                     |
| 10:43 | 12  | A.   At this time, we're seated -- I'm sitting in the        |
|       | 13  | back -- if you wanna say "back," uh, behind the captain's    |
|       | 14  | chair on the passenger's side, in the rear.                 |
| 10:43 | 15  | Q.   I'munna direct your attention to what's been admitted   |
|       | 16  | as 546.                                                     |
| 10:43 | 17  | (Exhibit displayed.)                                         |
| 10:43 | 18  | BY MR. WILKE:                                                |
| 10:43 | 19  | Q.   Do you see the photograph there?                        |
| 10:43 | 20  | A.   Yes.                                                    |
| 10:43 | 21  | Q.   Do you recognize that as the rear of the boat?          |
| 10:43 | 22  | A.   Yes.                                                    |
| 10:43 | 23  | Q.   Um, and when you said which -- uh, in this time period  |
|       | 24  | after you dropped the hoops, gone further out to sea and     |
|       | 25  | were cruising around, were you seated or were you standing?  |

| | | |
|---|---|---|
| 10:43 | 1 | A.   When we were cruising around, I sit down. |
| 10:43 | 2 | Q.   And what chair were you sitting in? |
| 10:43 | 3 | A.   I would sit in the right rear. |
| 10:43 | 4 | Q.   So would that be this one here? |
| 10:43 | 5 | A.   Yes. |
| 10:43 | 6 | Q.   Essentially the passenger's side of a vehicle; |
| | 7 | correct? -- in the rear. |
| 10:44 | 8 | A.   Yes. |
| 10:44 | 9 | Q.   And is this the period of time where you were drinking |
| | 10 | beer? |
| 10:44 | 11 | A.   Yes. |
| 10:44 | 12 | Q.   Were you, uh -- was there any music playing? |
| 10:44 | 13 | A.   Yes.  We were -- I was playing music.  I think Sheila |
| | 14 | was playing music from her phone.  She has an audio system |
| | 15 | on the boat so you can listen to music. |
| 10:44 | 16 | Q.   That hooks up through Bluetooth to her phone? |
| 10:44 | 17 | A.   Yes. |
| 10:44 | 18 | Q.   Okay.  And were you -- was the music loud? |
| 10:44 | 19 | A.   It was, um, wasn't -- |
| 10:44 | 20 | Q.   I'm sorry? |
| 10:44 | 21 | A.   It wasn't -- it wasn't -- not -- it was just -- you |
| | 22 | could listen to the music.  It wasn't like low.  It was just |
| | 23 | cruising, just "listening music." |
| 10:44 | 24 | Q.   Okay.  What kinda music were you listening to? |
| 10:44 | 25 | A.   Uh, Sheila liked hip-hop music. |

| | | |
|---|---|---|
| 10:44 | 1 | Q.   And so it wasn't blaring; you could hear people talk? |
| 10:44 | 2 | A.   Yeah, we can talk. |
| 10:44 | 3 | Q.   You can talk.  Okay. |
| 10:44 | 4 | And the speed you were going in the boat, it was -- |
| | 5 | we [sic] were -- still could hear each other talk -- |
| 10:44 | 6 | A.   Yeah. |
| 10:44 | 7 | Q.   -- despite the boat at this cruising speed with the |
| | 8 | music playing; correct? |
| 10:45 | 9 | A.   Yeah. |
| 10:45 | 10 | Q.   And during this period of time, where was Sheila on the |
| | 11 | boat? |
| 10:45 | 12 | A.   Sheila is sitting in the captain's chair, which like |
| | 13 | the driver's seat, behind the steering wheel. |
| 10:45 | 14 | Q.   This chair here? |
| 10:45 | 15 | A.   Yes. |
| 10:45 | 16 | Q.   Now, is she seated or is she kinda standing next to it? |
| 10:45 | 17 | A.   She's usually standing up to see what's going on when |
| | 18 | she's driving the boat. |
| 10:45 | 19 | Q.   So standing up... |
| 10:45 | 20 | *(Defense counsel confer.)* |
| 10:45 | 21 | MR. WILKE:  I'munna show you what was previously |
| | 22 | admitted as 549. |
| 10:45 | 23 | *(Exhibit displayed.)* |
| 10:45 | 24 | BY MR. WILKE: |
| 10:45 | 25 | Q.   You recognize this as a diagram of the boat? |

| | | |
|---|---|---|
| 10:45 | 1 | A.   Yes. |
| 10:45 | 2 | Q.   Okay.  So you were seated back here; correct? -- in |
| | 3 | this -- |
| 10:45 | 4 | A.   Yes. |
| 10:45 | 5 | Q.   -- seat at the -- |
| 10:45 | 6 | *(Simultaneous speaking.)* |
| 10:45 | 7 | *(Court reporter requests clarification for the* |
| | 8 | *record.)* |
| 10:46 | 9 | THE COURT:  Talkover. |
| 10:46 | 10 | Just repeat the question, please. |
| 10:46 | 11 | BY MR. WILKE: |
| 10:46 | 12 | Q.   You, uh -- looking at this exhibit, as it appears on |
| | 13 | the screen, you were seated in the chair at the lower |
| | 14 | left-hand corner; correct? |
| 10:46 | 15 | A.   Yes. |
| 10:46 | 16 | Q.   Okay.  And Sheila was up here near the wheel of the -- |
| | 17 | of the boat? |
| 10:46 | 18 | A.   Yes. |
| 10:46 | 19 | Q.   This is the captain's chair right here; correct? |
| 10:46 | 20 | A.   Yes. |
| 10:46 | 21 | Q.   And at times she would stand to see around the, uh, |
| | 22 | windscreen and cage that is around the captain's area? |
| 10:46 | 23 | A.   Yes. |
| 10:46 | 24 | Q.   Okay.  So she'd stand to the left of that; is that |
| | 25 | accurate? |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I
92

| | | |
|---|---|---|
| 10:46 | 1 | A.   Yes. |
| 10:46 | 2 | Q.   Okay.  And where was James seated? |
| 10:46 | 3 | A.   James would be sitting on the left side. |
| 10:46 | 4 | Q.   On the -- I believe it's the port side'a the boat, or |
| | 5 | the drivers side'a the boat in this -- in which chair?  I'm |
| | 6 | sorry. |
| 10:46 | 7 | A.   In the back. |
| 10:46 | 8 | Q.   (Indicating.) |
| 10:46 | 9 | A.   Yes. |
| 10:46 | 10 | Q.   So the same chair that you were sitting in, except on |
| | 11 | the opposite side'a the boat; correct? |
| 10:47 | 12 | A.   Yes. |
| 10:47 | 13 | Q.   Okay.  And just going back -- this is 544, the view of |
| | 14 | the back'a the boat, looking forward; this being the |
| | 15 | captain's chair on the left side; correct? |
| 10:47 | 16 | A.   Yes. |
| 10:47 | 17 | Q.   And then this being the area to the left of that, and |
| | 18 | the cage that we talked about; correct? |
| 10:47 | 19 | A.   Yes. |
| 10:47 | 20 | MR. WILKE:  I'munna put 546 back up on the screen |
| | 21 | now. |
| 10:47 | 22 | *(Exhibit displayed.)* |
| 10:47 | 23 | BY MR. WILKE: |
| 10:47 | 24 | Q.   Now, during this time, uh, you had gone out to sea, |
| | 25 | somewhat -- you'd gone out from where you were at, uh, |

|       |    |                                                                  |
|-------|----|------------------------------------------------------------------|
|       | 1  | dropped the lobster hoops -- could you still see the shore?       |
| 10:48 | 2  | A.   Yes, you can.                                               |
| 10:48 | 3  | Q.   Could you see lights on the shore?                          |
| 10:48 | 4  | A.   Yes, you can see.                                           |
| 10:48 | 5  | Q.   And this was the second time you had been out on a boat     |
|       | 6  | at night like this?                                             |
| 10:48 | 7  | A.   Yes.                                                        |
| 10:48 | 8  | Q.   The night before and then this night; is that correct?     |
| 10:48 | 9  | A.   Yes.                                                        |
| 10:48 | 10 | Q.   Now, you indicated that you were drinking.  Was James       |
|       | 11 | also drinking, if you will?                                      |
| 10:48 | 12 | A.   I gave him a bottle.  I opened up a bottle'a beer for       |
|       | 13 | him to drink, and then he would just take sips from it.          |
| 10:48 | 14 | Q.   Okay.  Had you -- by the time you were out here            |
|       | 15 | cruising around, were you on your first beer or how many had     |
|       | 16 | since (inaudible) --                                             |
| 10:48 | 17 |      *(Court reporter requests counsel use microphone to*        |
|       | 18 |      *be heard for the record.)*                                 |
| 10:49 | 19 |         THE COURT:  Yeah.  Repeat the question.                 |
| 10:49 | 20 | BY MR. WILKE:                                                    |
| 10:49 | 21 | Q.   How many -- was this your first beer, um, since you'd       |
|       | 22 | gotten on the boat?                                              |
| 10:49 | 23 | A.   This is -- probably been my fourth or fifth beer.          |
| 10:49 | 24 | Q.   Since when?                                                 |
| 10:49 | 25 | A.   When I go -- picked up James, I had like two beers in      |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

94

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | the car 'cause I'm drinking when I picked 'em up, and        |
|       | 2  | driving outta Sheila's and -- in her -- Sheila's car from -- |
|       | 3  | the ride from her house to the marina, that's like another   |
|       | 4  | beer I just drank.                                           |
| 10:49 | 5  | Q.   So you think you were on about your fourth beer by this  |
|       | 6  | time?                                                        |
| 10:49 | 7  | A.   Yes.                                                    |
| 10:49 | 8  | Q.   Okay.  Was this the first beer that you had given to    |
|       | 9  | James?                                                       |
| 10:49 | 10 | A.   Yes.                                                    |
| 10:49 | 11 | Q.   And, uh, what happened then?  As you and James were     |
|       | 12 | seated at the back of the boat; you were drinking a beer;    |
|       | 13 | you'd opened a bear for him.  What was the next thing that   |
|       | 14 | happened?                                                    |
| 10:50 | 15 | A.   Well, we were -- James would talk to me.  He would ask  |
|       | 16 | me -- see what's going on.  And there was a -- there was a   |
|       | 17 | instant where James asked me, you know, if I had money.      |
|       | 18 | Like, he asked me for like $2,000.                           |
| 10:50 | 19 | Q.   What'd you say to him?                                  |
| 10:50 | 20 | A.   And then I kinda -- I cuss at him, say, "I don't        |
|       | 21 | fuckin' have it."                                            |
| 10:50 | 22 | Q.   Okay.  What was James's reaction?                       |
| 10:50 | 23 | A.   He was upset with me 'cause I yelled at him, 'cause     |
|       | 24 | I...                                                         |
| 10:50 | 25 | Q.   Did -- did you yell at him, "I don't F'ing have it"?    |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

95

| | | |
|---|---|---|
| 10:50 | 1 | A. Yes. |
| 10:50 | 2 | Q. Why did you yell at him? |
| 10:50 | 3 | A. 'cause I don't want -- wanna lend him more money -- |
| 10:50 | 4 | Q. Okay. |
| 10:50 | 5 | A. -- that time. |
| 10:50 | 6 | Q. And was it typical that you would yell at James? |
| 10:50 | 7 | A. When I didn't have stuff, when I felt pressured, then I |
| | 8 | just -- like, I get upset, like, "I don't have it, dude." |
| | 9 | And, "I don't fucking have it."  Yes. |
| 10:51 | 10 | Q. And that's what you said to him? |
| 10:51 | 11 | A. Yes. |
| 10:51 | 12 | Q. Did you have $2,000 on you? |
| 10:51 | 13 | A. No. |
| 10:51 | 14 | Q. How much did you have on you? |
| 10:51 | 15 | A. I had, uh, like couple hundred dollars. |
| 10:51 | 16 | Q. And when you yelled at James and said, "I don't F'ing |
| | 17 | have it," what was his response? |
| 10:51 | 18 | A. He was upset at me. |
| 10:51 | 19 | Q. What did he say or do? |
| 10:51 | 20 | A. So like 30 seconds later, he pulled his gun on me.  And |
| | 21 | he -- he pulled it and he put it to -- to my stomach.  So -- |
| | 22 | when I was sitting down.  When he came over talk -- to talk |
| | 23 | to me.  And at that time, when he did that, I reached for |
| | 24 | his gun with my left hand and -- 'cause he's right-handed. |
| | 25 | So I kinda move -- I tried'a grab the gun outta his hand. |

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       | 1  | And we were fighting for it.                             |
| 10:51 | 2  | And it -- with his gun, it just -- I was -- we -- we     |
|       | 3  | were fighting for the gun.  And it -- it was above his head, |
|       | 4  | so that's when the first shot went off 'cause I was tryin'a |
|       | 5  | pull the gun out.                                        |
| 10:52 | 6  | And then the first shot went off.  So we were            |
|       | 7  | struggling.  And I bent his arm down -- his arm went down |
|       | 8  | towards his back -- so kind've like this way, towards the |
|       | 9  | back.  And I was tryin' reach for the gun, tryin'a get it |
|       | 10 | out his hand.  Sorry.  Um, right.  Uh, so that's when the |
|       | 11 | second shot -- shot went off.                            |
| 10:52 | 12 | Q.   What happened after the second shot went off?       |
| 10:52 | 13 | A.   So he pushed me down.  Uh, he pushed me down and he -- |
|       | 14 | he was gonna get (unintelligible) --                     |
| 10:52 | 15 | *(Court reporter requests clarification for the*         |
|       | 16 | *record.)*                                               |
| 10:52 | 17 | THE WITNESS:  He was tryin'a get on top of me.  So       |
|       | 18 | I grabbed a -- like a -- a broom or stick or something when |
|       | 19 | I was on my back on the boat.  And then I -- I hit 'em over |
|       | 20 | the head with -- with a stick.                           |
| 10:53 | 21 | It was like a broomstick, like a                         |
|       | 22 | two-and-a-half-foot, three-foot stick -- over the head, I |
|       | 23 | hit 'em like two times.                                  |
| 10:53 | 24 | BY MR. WILKE:                                            |
| 10:53 | 25 | Q.   Then what happened?                                 |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

97

10:53  1    A.    And then he -- he looked up.  And then what happened

2    was, I reached for his legs like -- like -- kinda like when

3    you're on the floor, you kinda duck down to grab the person.

4    So I -- I grabbed 'em by the legs, and I tried to toss 'em

5    over.  And he kept -- he kept on holding me.  'Cause I was

6    scared at that time.  And -- and then we were -- he was

7    still struggling.  He pulled off my -- when he fell back, he

8    pulled off my jacket and my shirt, all my clothes fell

9    off -- well, just the top part.

10:53  10        And then, uh, he fell in the water.  And he was just

11   cussing at me, like, "I'ma fucking get you."  So I got

12   scared and I told Sheila, just, "Let's -- let's go."

10:54  13        And at that -- and I was scared, so I told Sheila,

14   "Let's go.  Let's get away from this area."  And -- and we

15   went -- we --

10:54  16   Q.    What was Sheila's reaction?

10:54  17   A.    Sheila -- Sheila didn't know what was going on, but she

18   threw up at that moment.  She didn't know.

10:54  19   Q.    Okay.

10:54  20   A.    'Cause we were fighting in -- in the back'a the boat.

10:54  21   Q.    Okay.  And did you drive -- did Sheila drive the boat

22   away from where James had gone into the water?

10:54  23   A.    Yeah, she drove the boat away from James.

10:54  24   Q.    Okay.  So I wanna -- I wanna just show you a couple

25   more photos so we can understand how this happened.

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

98

| | | |
|---|---|---|
| 10:54 | 1 | *(Exhibit displayed.)* |
| 10:54 | 2 | BY MR. WILKE: |
| 10:54 | 3 | Q.  Showing you Exhibit 547.  You recognize that as a photo |
| | 4 | of -- face -- of the rear seat in which you were sitting in |
| | 5 | at that time? |
| 10:54 | 6 | A.  Yes. |
| 10:54 | 7 | Q.  Okay.  Is this area in front of the seat, depicted |
| | 8 | there -- in front'a the rear seat -- the area in which you |
| | 9 | and James got in this struggle? |
| 10:55 | 10 | A.  Yes. |
| 10:55 | 11 | Q.  When this struggle started, James -- you were seated |
| | 12 | down in this chair, facing toward the front'a the boat; |
| | 13 | correct? |
| 10:55 | 14 | A.  Yes. |
| 10:55 | 15 | Q.  Okay.  And I believe your testimony was James stood up? |
| 10:55 | 16 | A.  Yes. |
| 10:55 | 17 | Q.  When did you first notice that he had a gun? |
| 10:55 | 18 | A.  When -- when he pointed it at me. |
| 10:55 | 19 | Q.  Okay.  How far away was the gun from (inaudible) -- |
| 10:55 | 20 | *(Court reporter requests counsel use microphone to* |
| | 21 | *be heard for the record.)* |
| 10:55 | 22 | BY MR. WILKE: |
| 10:55 | 23 | Q.  How far away were you from the gun when you first |
| | 24 | noticed it? |
| 10:55 | 25 | A.  I was probably less than a foot away from it. |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

99

| | | |
|---|---|---|
| 10:55 | 1 | Q.   So was -- James was standing up? |
| 10:55 | 2 | A.   Yes, he was standing over me. |
| 10:55 | 3 | Q.   And James is right-handed? |
| 10:55 | 4 | A.   Yes. |
| 10:56 | 5 | Q.   And what hand was he holding the gun in? |
| 10:56 | 6 | A.   In his right hand. |
| 10:56 | 7 | Q.   Did you recognize the gun?  Had you seen it before? |
| 10:56 | 8 | A.   Yes, I seen it before. |
| 10:56 | 9 | Q.   Which gun was it?  Describe it. |
| 10:56 | 10 | A.   He had his black .38 revolver. |
| 10:56 | 11 | Q.   Okay.  Is that the gun you had previously seen him |
| | 12 | carry in his man purse? |
| 10:56 | 13 | A.   Yes. |
| 10:56 | 14 | Q.   And when he stood next to you, pointing the gun at you, |
| | 15 | what did he say to you? |
| 10:56 | 16 | A.   (No response.) |
| 10:56 | 17 | Q.   Did he say -- did he say anything to you? |
| 10:56 | 18 | A.   He yelled at me, said, "Why you cuss at me?"  Said, |
| | 19 | "Why you being disrespectful?" |
| 10:56 | 20 | Q.   And you indicated that you grabbed for the gun? |
| 10:56 | 21 | A.   I -- I reacted 'cause I kinda pushed the gun away |
| | 22 | from -- from me. |
| 10:56 | 23 | Q.   What is your dominant hand?  What hand to you -- |
| 10:56 | 24 | A.   I'm -- |
| 10:56 | 25 | *(Simultaneous speaking.)* |

| | | |
|---|---|---|
| 10:56 | 1 | *(Court reporter requests clarification for the* |
| | 2 | *record.)* |
| 10:57 | 3 | THE COURT:  Repeat the question, Counsel. |
| 10:57 | 4 | BY MR. WILKE: |
| 10:57 | 5 | Q.   What is your dominant hand, Mr. Le? |
| 10:57 | 6 | A.   I'm left-handed. |
| 10:57 | 7 | Q.   So as he's standing over you with the gun in his right |
| | 8 | hand, which hand did you grab -- tryin' grab the gun -- |
| | 9 | which hand of yours did you use to tryin' grab the gun? |
| 10:57 | 10 | A.   I used my left hand and -- |
| 10:57 | 11 | Q.   Okay.  And, uh, what were you trying to do in grab -- |
| | 12 | in grabbing -- did you -- did you grab the gun? -- or did |
| | 13 | you grab his hand or his arm?  What did you grab? |
| 10:57 | 14 | A.   I grabbed his hand and the gun at the same time, just |
| | 15 | tryin'a get it away.  We were tryin'a fight for the -- the |
| | 16 | gun so -- |
| 10:57 | 17 | Q.   Did you grab for the gun with both your -- both hands |
| | 18 | or just your left hand? |
| 10:57 | 19 | A.   I grabbed with both'a my hands -- |
| 10:57 | 20 | Q.   Okay. |
| 10:57 | 21 | A.   -- with -- |
| 10:57 | 22 | Q.   And you were pushing the gun in a particular direction? |
| 10:57 | 23 | A.   I was pushing the gun upward to -- |
| 10:57 | 24 | Q.   So it -- |
| 10:57 | 25 | *(Simultaneous speaking.)* |

| | | |
|---|---|---|
| 10:57 | 1 | *(Court reporter requests clarification for the* |
| | 2 | *record.)* |
| 10:57 | 3 | THE COURT:  Yeah.  This is talk over, Counsel. |
| 10:58 | 4 | The last that the court reporter got was at 10:58 |
| | 5 | "I was pushing the gun upward to." |
| 10:58 | 6 | BY MR. WILKE: |
| 10:58 | 7 | Q.   Okay.  Why were you pushing the gun upward? |
| 10:58 | 8 | A.   I was tryin'a get the gun away from me. |
| 10:58 | 9 | Q.   Okay.  And when you put -- tried to put two hands on |
| | 10 | the gun, what did James do with his left-hand or arm? |
| 10:58 | 11 | A.   With his, uh, other arm, James was tryin'a pull my neck |
| | 12 | down -- |
| 10:58 | 13 | Q.   Okay. |
| 10:58 | 14 | A.   -- like kinda pull -- pull -- pull my head down. |
| 10:58 | 15 | Q.   So with his left arm, he put it back around your head? |
| 10:58 | 16 | A.   Yes. |
| 10:58 | 17 | Q.   And what was he doing?  What kinda pressure was he |
| | 18 | applying with it? |
| 10:58 | 19 | A.   He was just tryin'a push my head down. |
| 10:58 | 20 | Q.   Okay.  While you were trying to push the gun up? |
| 10:58 | 21 | A.   Yes. |
| 10:58 | 22 | Q.   And it was during this part'a the struggle that the |
| | 23 | first shot went off? |
| 10:59 | 24 | A.   Yes. |
| 10:59 | 25 | Q.   When the first shot went off, did you know whether |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

102

|       |    | James had been hit with a bullet?                        |
|-------|----|----------------------------------------------------------|
| 10:59 | 2  | A.   No.                                                 |
| 10:59 | 3  | Q.   Okay.  Did you see any blood?                       |
| 10:59 | 4  | A.   No.                                                 |
| 10:59 | 5  | Q.   After the first shot went off, what was James's     |
|       | 6  | reaction, his immediate action?                          |
| 10:59 | 7  | A.   He pulled down his arm.                             |
| 10:59 | 8  | Q.   Like this way.  *(Indicating.)*                     |
| 10:59 | 9  | A.   Yeah -- fell forward, yes.                          |
| 10:59 | 10 | Q.   And he -- his head went forward?                    |
| 10:59 | 11 | A.   Yes.                                                |
| 10:59 | 12 | Q.   As if trying to avoid the --                        |
| 10:59 | 13 |         MR. STAPLES:  Objection.  Leading, Your Honor.   |
| 10:59 | 14 |         MR. WILKE:  Fine.                                |
| 10:59 | 15 |         THE COURT:  All right.  There's no question      |
|       | 16 | pending either.                                          |
| 10:59 | 17 | BY MR. WILKE:                                            |
| 10:59 | 18 | Q.   His head went forward after the first shot went     |
|       | 19 | down [sic].                                              |
| 10:59 | 20 |         MR. STAPLES:  Objection.  Leading.               |
| 10:59 | 21 |         THE COURT:  Sustained.                           |
| 10:59 | 22 | BY MR. WILKE:                                            |
| 10:59 | 23 | Q.   Which direction did his head go after the first shot|
|       | 24 | went off?                                                |
| 10:59 | 25 | A.   He moved forward.  His head moved forward.          |

| | | |
|---|---|---|
| 10:59 | 1 | Q.   Okay.  And did he still have his arm around your |
| | 2 | head -- his left arm? |
| 11:00 | 3 | A.   He -- he still had his -- his arm around me. |
| 11:00 | 4 | Q.   Okay.  Were you trying to get out of his -- his hold |
| | 5 | over your head? |
| 11:00 | 6 | A.   I was tryin'a get a hold, so I kinda went a little bit |
| | 7 | behind him. |
| 11:00 | 8 | Q.   Okay. |
| 11:00 | 9 | A.   So twisting his arm. |
| 11:00 | 10 | Q.   So did you -- during -- what I'm trying to get at is, |
| | 11 | during this struggle, did you change positions between |
| | 12 | facing the front of the boat to facing the back of the boat? |
| 11:00 | 13 | A.   Yes, I did. |
| 11:00 | 14 | Q.   Okay.  Explain to the jury how that happened. |
| 11:00 | 15 | A.   Oh, man.  So as I -- as you stand up, facing the boat, |
| | 16 | so he's -- |
| 11:00 | 17 | Q.   Do you see -- let -- let's do it on this Exhibit 547. |
| 11:00 | 18 | A.   Okay. |
| 11:00 | 19 | Q.   Okay?  During -- at -- at -- so you're seated in the |
| | 20 | seat; correct? |
| 11:00 | 21 | A.   Yes. |
| 11:00 | 22 | Q.   'Kay.  And you're facing this way? |
| 11:00 | 23 | A.   Yes. |
| 11:00 | 24 | Q.   But during the struggle you get outta the seat; is that |
| | 25 | correct? |

8:20-CR-00002-DOC   - 11/18/2021 - Day 8, Volume I

104

| | | |
|---|---|---|
| 11:01 | 1 | A.   Yes. |
| 11:01 | 2 | Q.   And initially -- |
| 11:01 | 3 |      MR. STAPLES:  Objection to the leading form of the |
| | 4 | questions, Your Honor. |
| 11:01 | 5 |      THE COURT:  Sustained. |
| 11:01 | 6 |      MR. WILKE:  Okay. |
| 11:01 | 7 | BY MR. WILKE: |
| 11:01 | 8 | Q.   When the first shot goes off, which direction are you |
| | 9 | facing? |
| 11:01 | 10 | A.   I was facing near the back of the boat. |
| 11:01 | 11 | Q.   Okay.  So you had -- you had already spun around when |
| | 12 | first shot. |
| 11:01 | 13 |      MR. STAPLES:  Objection.  Leading, Your Honor. |
| 11:01 | 14 |      THE COURT:  Sustain.  Sustained. |
| 11:01 | 15 |      We're going to have the question repeated. |
| | 16 | Sustained. |
| 11:01 | 17 |    *(Live court reporter switch at 11:01 a.m.)* |
| 11:01 | 18 |    *(Further proceedings reported by Deborah Parker in* |
| | 19 |    *Volume II.)* |
| 11:02 | 20 |                         -oOo- |
| 11:02 | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

8:20-CR-00002-DOC  - 11/18/2021 - Day 8, Volume I

105

11:02   1                              -oOo-

11:02   2

11:02   3                            CERTIFICATE

11:02   4

11:02   5        I hereby certify that pursuant to Section 753,

        6   Title 28, United States Code, the foregoing is a true and

        7   correct transcript of the stenographically reported

        8   proceedings held telephone in the above-entitled matter and

        9   that the transcript page format is in conformance with the

       10   regulations of the Judicial Conference of the United States.

11:02  11

11:02  12   Date:  January 11, 2022

11:02  13

11:02  14
11:02                              /s/ Debbie Gale
11:02  15
11:02                       _____
11:02  16                   DEBBIE GALE, U.S. COURT REPORTER
                            CSR NO. 9472, RPR, CCRR
11:02  17

       18

       19

       20

       21

       22

       23

       24

       25

**Certified for the U.S. District Court CM/ECF**
**Debbie Gale, CSR 9472, RPR, CCRR**
**Federal Official Court Reporter**